IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAVON MARSHALL, *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-cv-01945 |
| ) | |
| ESPN, INC., *et al.*, ) | Judge Sharp |
| ) | |
| Defendant. ) | Magistrate Judge Bryant |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that James F. Sanders, along with Aubrey B. Harwell, Jr., and J. Isaac Sanders, of Neal & Harwell, PLC, 150 Fourth Avenue, North, Suite 2000, Nashville, Tennessee 37219-2498, hereby enters his appearance as counsel of record for Defendant Southeastern Conference.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ James F. Sanders
    Aubrey B. Harwell, Jr., No. 002559
    James F. Sanders, No. 005267
    J. Isaac Sanders, No. 29372

One Nashville Place, Suite 2000
150 Fourth Avenue North
Nashville, TN 37219
Telephone: (615) 244-1713
Facsimile: (615) 726-0573
aharwell@nealharwell.com
jsanders@nealharwell.com
isanders@nealharwell.com

*Counsel for Defendant Southeastern Conference*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via the Court's CM/ECF electronic filing system, on this the 17th day of October, 2014 on the following:

John P. Branham
Stephen J. Zralek
Bone, McAllester & Norton, PLLC
511 Union Street
Suite 1600
Nashville, TN 37219
jbranham@bonelaw.com
szralek@bonelaw.com

Patrick D. McMurtray
McMurtray Law Firm, PLLC
P. O. Box 80
Christiana, TN 37037
patrick@mcmurtraylaw.com

Richard Manson
Manson, Jones & Whitted
1319 Fifth Avenue, N
Nashville, TN 37208
richardmanson@comcast.net

Ronald A. Stewart
Stewart, Johnson, Conner & Manson, LLP
215 2nd Avenue North
Suite 300
Nashville, TN 37201
rstewart@stewartjohnsonlaw.com

*Counsel for Plaintiffs*

                                                     /s/ James F. Sanders