# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee ▾

| | |
|---|---|
| Javon Marshall, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 3:14-cv-01945 |
| ESPN Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Big Ten Conference

Date: 10/22/2014

*Attorney's signature*

Jay S. Bowen, BPR No. 2649
*Printed name and bar number*

Bowen Hayes & Kreisberg, PLC
47 Music Square East
Nashville, TN 37203
*Address*

Jay@bowenhayes.com
*E-mail address*

(615) 329-4440
*Telephone number*

(615) 329-4485
*FAX number*