AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee ▼

| | |
|---|---|
| Javon Marshall, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:14-cv-01945 |
| ESPN Inc., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Big Ten Conference

Date: 10/22/2014

*Attorney's signature*

Will Parsons, BPR No. 26519
*Printed name and bar number*

Bowen Hayes & Kreisberg, PLC
47 Music Square East
Nashville, TN 37203
*Address*

Will@bowenhayes.com
*E-mail address*

(615) 329-4440
*Telephone number*

(615) 329-4485
*FAX number*