IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAVON MARSHALL, et al., | ) | |
| | ) | Civil Action No. 3:14-cv-1945 |
| Plaintiffs, | ) | |
| | ) | Chief District Judge Kevin H. Sharp |
| v. | ) | Magistrate Judge John S. Bryant |
| | ) | |
| ESPN INC., et al., | ) | CLASS ACTION |
| | ) | JURY DEMAND |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Maria A. Spear of Everhart Law Firm PLC hereby enters an appearance on behalf of Defendant JMI Sports LLC, preserving all defenses and the right to file all motions available at law.

Respectfully submitted,

/s/ Maria A. Spear
Maria A. Spear (BPR No. 29407)
EVERHART LAW FIRM PLC
1400 Fifth Avenue North
Nashville, TN 37208
Phone: 615-800-8919
Facsimile: 615-800-8918
amy@everhartlawfirm.com
maria@everhartlawfirm.com

Michael Attanasio (*pro hac vice* papers to be filed)
Mazda Antia (*pro hac vice* papers to be filed)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
(858) 550-6020
mattanasio@cooley.com
mantia@cooley.com

Attorneys for Defendant
JMI Sports LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been forwarded to the following counsel of record via the Court's electronic filing system:

John Branham
Stephen J. Zralek
Bone, McAllester & Norton, PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6300
Fax: (615) 238-6301
jbranham@bonelaw.com
szralek@bonelaw.com

Patrick D. McMurtray
McMurtray Law Firm, PLLC
P. O. Box 80
Christiana, TN 37037
(615) 713-2288
Fax: (866) 274-5384
Patrick@mcmurtraylaw.com

Richard Manson
Manson, Jones & Whitted
1319 Fifth Avenue North
Nashville, TN 37208
(615) 254-1600
richardmanson@comcast.net

Ronald A. Stewart
Stewart, Johnson, Conner & Manson, LLP
215 2nd Avenue North, Suite 300
Nashville, TN 37201
(615) 600-4614
Fax: (615) 891-2395
rstewart@stewartjohnsonlaw.com

Jay S. Bowen
William V. Parsons, III
Bowen Hayes & Kreisberg, PLC
47 Music Square East
Nashville, TN 37203
(615) 329-4440
Fax: (615) 329-4485
jay@bowenhayes.com

Will@bowenhayes.com

Aubrey B. Harwell, Jr.
James F. Sanders
J. Isaac Sanders
Neal & Harwell
150 Fourth Avenue North
2000 First Union Tower
Nashville, TN 37219-2498
(615) 244-1713
jsanders@nealharwell.com

D. Alexander Fardon
Harwell Howard Hynes Gabbert & Manner, P.C.
333 Commerce Street, Suite 1500
Nashville, TN 37201
(615) 256-0500
daf@h3gm.com

Samuel D. Lipshie
Joel Eckert
Bradley Arant Boult Cummings LLLP
1600 Division Street, Suite 700
Nashville, TN 37203
(615) 252-2332
Fax: (615) 252-6332
slipshie@babc.com
jeckert@babc.com

Evan R. Chesler
Roger G. Brooks
Stefan H. Atkinson
Cravath Swaine & Moore LLP
825 Eight Avenue
New York, NY 10019
(212) 474-1072
Fax: (212) 474-3700
echesler@cravath.com
rgbrooks@cravath.com
satkinson@cravath.com

R. Dale Grimes
Bass, Berry & Sims PLC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
dgrimes@bassberry.com

Hal D. Hardin
Hardin Law Office
211 Union Street, Suite 200
Nashville, TN 37201-1502
(615) 369-3377
hal@hardinlawoffice.com

Eric S. Hochstadt
James W. Quinn
Yehudah L. Buchweitz
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119
(212) 310-8000
Fax: (212) 310-8007
eric.hochstadt@weil.com
james.quinn@weil.com
yehudah.buchweitz@weil.com

Andrew S. Rosenman
Britt Marie Miller
Mayer Brown LLP
71 S Wacker Drive
Chicago, IL 60606
(312) 782-0600
arosenman@mayerbrown.com
bmiller@mayerbrown.com

J. Gregory Grisham
Leitner, Williams, Dooley, and Napolitan
414 Union Street, Suite 1900
Nashville, TN 37219
(615) 255-7722 ext 2218
Fax: (615) 780-2210
greg.grisham@leitnerfirm.com

Reid Daniel Leitner
Leitner, Williams, Dooley, and Napolitan
414 Union Street, Suite 1900
Nashville, TN 37219
(615) 255-7722
reid.leitner@leitnerfirm.com

Leane K. Capps
Polsinelli PC
2501 N. Harwood
Suite 1900
Dallas, TX 75201
(214) 661-5537
lcapps@polsinelli.com

John R. Jacobson
James N. Bowen
Riley, Warnock & Jacobson PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
jjacobson@rwjplc.com
jimbowen@rwjplc.com

Margaret Louise Behm
Tyler C. Yarbro
Dodson, Parker, Behm & Capparella, P.C.
1310 6th Avenue North
Nashville, TN 37208
(615) 254-2291
Fax: (615) 726-2241
behm@dodsonparker.com
tyarbro@dodsonparker.com

John S. Hicks
Baker, Donelson, Bearman, Caldwell &
Berkowitz, PC
211 Commerce Street, Suite 800
Nashville, TN 37201
(615) 726-5600
jhicks@bakerdonelson.com

| | |
|---|---|
| Robb S. Harvey<br>Waller, Lansden, Dortch & Davis, LLP<br>Nashville City Center<br>511 Union Street, Suite 2700<br>Nashville, TN 37219<br>(615) 244-6380<br>robb.harvey@wallerlaw.com | Mark W. Merritt<br>Robert W. Fuller<br>Robinson Bradshaw & Hinson, P.A.<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246<br>(704) 377-02536<br>Fax: (704) 373-3924<br>mmerritt@rbh.com<br>rfuller@rbh.com |

on this 31st day of October, 2014.

/s/ Maria A. Spear_____