# UNITED STATES DISTRICT COURT
for the
Middle District of Tennessee

| | |
|---|---|
| JAVON MARSHALL, ET. AL. )<br><br>*Plaintiff* )<br>v. )<br>ESPN, INC ET. AL. )<br><br>*Defendant* ) | Civil Action No. 3:14-1945 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BIG TEN NETWORK SERVICES LLC
REGISTERED AGENT:
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON DELWARE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: STEPHEN J. ZRALEK
511 UNION STREET, SUITE 1600
NASHVILLE, TENNESSEE 37219
(615) 259-5508

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

CLERK OF COURT

Date: OCT 7 2014

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:14-1945

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Big Ten Network Services, LLC**

was received by me on *(date)* **10/14/2014**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: **Certified mail # 7013 2250 0001 0539 7975**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11/5/2014**

*P. Y. Gambel*
Server's signature

**Pamela Y. Gambel, Paralegal**
Printed name and title

**Bone McAllester Norton PLLC**
**511 Union St, Ste 1600**
**Nashville, TN 37219**
Server's address

Additional information regarding attempted service, etc:

Case 3:14-cv-01945   Document 140   Filed 11/05/14   Page 2 of 4 PageID #: 471

English    Customer Service    USPS Mobile                    Register / Sign In



Search USPS.com or Track Packages    Subr

Quick Tools        Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

**Tracking Number: 70132250000105397975**

## Product & Tracking Information

**Available Actions**

**Postal Product:**            **Features:**
                               Certified Mail™

**Text Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 14, 2014, 6:45 am | Delivered | WILMINGTON, DE 19801 |

**Email Updates**

Your item was delivered at 6:45 am on October 14, 2014 in WILMINGTON, DE 19801.

**Return Receipt After Mailing**

| | | |
|---|---|---|
| October 10, 2014, 11:39 am | Available for Pickup | WILMINGTON, DE 19801 |
| October 10, 2014, 11:09 am | Arrived at Unit | WILMINGTON, DE 19801 |
| October 9, 2014, 7:17 pm | Departed USPS Facility | WILMINGTON, DE 19850 |
| October 9, 2014, 5:04 pm | Arrived at USPS Facility | WILMINGTON, DE 19850 |
| October 7, 2014, 10:31 pm | Arrived at USPS Facility | NASHVILLE, TN 37230 |

## Track Another Package

Tracking (or receipt) number

[                    ]  Track It

LEGAL                   ON USPS.COM                      ON ABOUT.USPS.COM          OTHER USPS SITES
Privacy Policy ›        Government Services ›            About USPS Home ›          Business Customer Gateway ›
Terms of Use ›          Buy Stamps & Shop ›              Newsroom ›                 Postal Inspectors ›
FOIA ›                  Print a Label with Postage ›     USPS Service Alerts ›      Inspector General ›
No FEAR Act EEO Data ›  Customer Service ›               Forms & Publications ›     Postal Explorer ›
                        Delivering Solutions to the Last Mile ›   Careers ›         National Postal Museum ›
                        Site Index ›

USPS.COM  |  Copyright© 2014 USPS. All Rights Reserved.

Case 3:14-cv-01945   Document 140   Filed 11/05/14   Page 3 of 4 PageID #: 472
https://tools.usps.com/go/TrackConfirmAction.action?tRef=fullpage&tLc=1&text28777=...   11/5/2014

