# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| | |
|---|---|
| JAVON MARSHALL ET. AL. | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   3:14-1945 |
| ESPN, INC ET. AL. | ) |
| _____ | ) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   IMG WORLDWIDE, INC.
US HEADQUARTERS
200 5TH AVENUE
7TH FLOOR
NEW YORK , NEW YORK 10010

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      STEPHEN J. ZRALEK
511 UNION STREET, SUITE 1600
NASHVILLE, TENNESSEE  37219
(615) 259-5508

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON

*CLERK OF COURT*

Date:   OCT  7 2014                         _____
                                                              *Signature of Clerk or Deputy Clerk*

Civil Action No. 3:14-1945

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  IMG Worldwide, Inc

was received by me on *(date)*  10/16/2014 .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Certified mail # 7013 2250 0001 0539 7951

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/5/2014

P. Y. Jambel
*Server's signature*

Pamela Y. Gambel, Paralegal
*Printed name and title*

Bone McAllester Norton, PLLC
511 Union St, Ste 1600
*Server's address*
Nashville, TN 37219

Additional information regarding attempted service, etc:

 **USPS.COM**                                    Search USPS.com or Track Packages    Subr

Quick Tools          Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# USPS Tracking™

 **Customer Service ›**
Have questions? We're here to help.

---

Tracking Number: 70132250000105397951

## Product & Tracking Information

**Postal Product:**                    **Features:**
                                       Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 16, 2014 , 2:06 pm | Delivered | NEW YORK, NY 10010 |

Your item was delivered at 2:06 pm on October 16, 2014 in NEW YORK, NY 10010.

| | | |
|---|---|---|
| October 11, 2014 , 10:28 am | Business Closed | NEW YORK, NY 10010 |
| October 11, 2014 , 10:05 am | Arrived at Unit | NEW YORK, NY 10010 |
| October 7, 2014 , 10:32 pm | Arrived at USPS Facility | NASHVILLE, TN 37230 |

## Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

---

## Track Another Package

**Tracking (or receipt) number**

[                                    ]    Track It

---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

**USPS.COM** | Copyright© 2014 USPS. All Rights Reserved.

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

10/16/14

Sent To: IMG Worldwide Inc
Street, Apt. No.; or PO Box No. 200 5th Ave 7th Floor
City, State, ZIP+4 NY NY 10011

7013 2250 0001 0539 7951

PS Form 3800, August 2006          See Reverse for Instructions