# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

JAVON MARSHALL, ET. AL.
)
)
*Plaintiff*
)
)
v.
) Civil Action No. 3:14-1945
)
ESPN, INC ET. AL.
)
)
*Defendant*
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FOX BROADCASTING INC
REGISTERED AGENT:
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON DELWARE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   STEPHEN J. ZRALEK
511 UNION STREET, SUITE 1600
NASHVILLE, TENNESSEE 37219
(615) 259-5508

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**KEITH THROCKMORTON**

CLERK OF COURT

Date: OCT 7 2014

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:14-1945

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Fox Broadcasting, Inc.**
was received by me on *(date)* **10/14/2014**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: **certified # 7013 2250 0001 0539 7869**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **11/5/2014**

*P. Y. Gambel*
Server's signature

**Pamela Y. Gambel, Paralegal**
Printed name and title

**Bone McAllester Norton PLLC
511 Union St, Ste 1600
Nashville, TN 37219**
Server's address

Additional information regarding attempted service, etc:

English     Customer Service     USPS Mobile     Register / Sign In



Search USPS.com or Track Packages   Subr

Quick Tools     Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

# USPS Tracking™

 **Customer Service ›**
Have questions? We're here to help.

**Tracking Number: 70132250000105397869**

## Product & Tracking Information

**Postal Product:**     **Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 14, 2014, 6:45 am | Delivered | WILMINGTON, DE 19801 |

Your item was delivered at 6:45 am on October 14, 2014 in WILMINGTON, DE 19801.

| | | |
|---|---|---|
| October 10, 2014, 11:39 am | Available for Pickup | WILMINGTON, DE 19801 |
| October 10, 2014, 11:10 am | Arrived at Unit | WILMINGTON, DE 19801 |
| October 10, 2014, 6:03 am | Departed USPS Facility | WILMINGTON, DE 19850 |
| October 9, 2014, 5:04 pm | Arrived at USPS Facility | WILMINGTON, DE 19850 |
| October 7, 2014, 10:38 pm | Departed USPS Facility | NASHVILLE, TN 37230 |
| October 7, 2014, 10:31 pm | Arrived at USPS Facility | NASHVILLE, TN 37230 |

## Available Actions

**Text Updates**

**Email Updates**

**Return Receipt After Mailing**

## Track Another Package

**Tracking (or receipt) number**

[          ] Track It

---

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›
National Postal Museum ›

Copyright© 2014 USPS. All Rights Reserved.

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | 10/14/14 |
| Total Postage & Fees | $ |

Sent To: Fox Inc
Street, Apt. No.; or PO Box No.: Corp. Trust Co
City, State, ZIP+4:

7013 2250 0001 0539 7869

PS Form 3800, August 2006        See Reverse for Instructions