ORDER
Motion Granted
/S/ Joe B. Brown
JOE B. BROWN
Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAVON MARSHALL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.: 3:14-CV-01945 |
| | ) | |
| vs. | ) | Chief District Judge Kevin H. Sharp |
| | ) | Magistrate Judge Joe Brown |
| | ) | |
| ESPN INC., et al., | ) | CLASS ACTION COMPLAINT |
| | ) | JURY DEMAND |
| Defendants. | ) | |

## MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant Learfield Sports, LLC ("Learfield Sports" or "Defendant") moves the Court for an extension of time, up to and including December 3, 2014, to answer or otherwise respond to the Complaint (Docket No. 1) in this action. In support of this Motion, Defendant respectfully states as follows:

1. Plaintiffs filed the Complaint in this action on October 3, 2014.

2. Learfield Sports was served with the Summons and Complaint on October 14, 2014 (Docket No. 19).

3. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Learfield Sports has until November 4, 2014 in which to answer or otherwise respond to the Complaint.

4. Defendant respectfully requests an extension of time, up to and including December 3, 2014, to answer or otherwise respond to the Complaint.

5. Counsel for Learfield Sports confirmed with Plaintiffs' lead counsel that Plaintiffs have no objection to Learfield Sports' Motion and relief sought.

6. Because the Initial Case Management Conference is not scheduled until December 8, 2014 (Docket No. 3), no prejudice will result from the requested extension.