# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| JAVON MARSHALL, ET. AL. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:14-1945 |
| ESPN, INC ET. AL. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WILLIAM MORRIS ENDEAVORS, LLC
REGISTERED AGENT:
CORPORATE SERVICE SYSTEMS
2711 CENTERVILLE ROAD
SUITE 400
WILMINGHAM DELAWARE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: STEPHEN J. ZRALEK
511 UNION STREET, SUITE 1600
NASHVILLE, TENNESSEE 37219
(615) 259-5508

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEITH THROCKMORTON
*CLERK OF COURT*

Date: OCT 7 2014

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:14-1945

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* William Morris Endeavors, LLC
was received by me on *(date)* 10/10/2014.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Certified mail # 7013 2250 0001 0539 3071

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/14/2014

P.Y. Gambel
*Server's signature*

Pamela Y. Gambel, Paralegal
*Printed name and title*

Bone McAllester Norton PLLC
511 Union Street, Ste 1600
Nashville, TN 37219
*Server's address*

Additional information regarding attempted service, etc:

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

William Morris Endeavors LLC
Corporate Service Systems
2711 Centerville Rd
Suite 400
Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_[signature]_                    10/10/14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail®  ☐ Priority Mail Express™
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7013 2250 0001 0539 8071

PS Form 3811, July 2013          Domestic Return Receipt