# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

JAVON MARSHALL, ET AL.
Plaintiff,

v.

Case No. 3:14-cv-01945

ESPN, INC., ET AL.
Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for  Telesouth Communications, Inc.  hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the  Southern District of Mississippi . Attached is a Certificate of Good Standing from that Court.

s/  Samuel D. Gregory
Signature

Name:  Samuel D. Gregory

Address:  Baker, Donelson, Bearman, Caldwell & Berkowitz, PC

Address:  4268 I-55 North, Meadowbrook Office Park

Address:  Jackson, MS  39211

Phone:  601-351-2400

Email:  sdgregory@bakerdonelson.com

**FEE: $75.00
(*Note: The fee may be paid through the credit card module on the Court's ECF System if the motion is filed electronically, or it may be forwarded to the Clerk within 20 days after the filing. If forwarded to the Clerk, payment should be in the form of a check, cashier's check, or money order payable to the Clerk, U. S. District Court, 801 Broadway, Room 800, Nashville, TN  37203.)

* * * INCLUDE A CERTIFICATE OF SERVICE * * *

# CERTIFICATE OF SERVICE

I, Samuel D. Gregory, hereby certify that I have this 6th day of November 2014, electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

**John Parker Branham**
**Stephen J. Zralek**
Bone, McAllester & Norton, PLLC
511 Union Street
Suite 1600
Nashville, TN 37219
jbranham@bonelaw.com
szralek@bonelaw.com

**Patrick D. McMurtray**
McMurtray Law Firm, PLLC
P O Box 80
Christiana, TN 37037
patrick@mcmurtraylaw.com

**Richard Manson**
Manson, Jones & Whitted
1319 Fifth Avenue, N
Nashville, TN 37208
richardmanson@comcast.net

**Ronald A. Stewart**
Stewart, Johnson, Conner & Manson, LLP
215 2nd Avenue North
Suite 300
Nashville, TN 37201
rstewart@stewartjohnsonlaw.com

**Evan R. Chesler**
**Roger G. Brooks**
**Stefan H. Atkinson**
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
echesler@cravath.com

rgbrooks@cravath.com
satkinson@cravath.com

**Joel D. Eckert**
**Samuel David Lipshie**
Bradley Arant Boult Cummings LLP
1600 Division Street
Suite 700
Nashville, TN 37203-0025
jeckert@babc.com
slipshie@babc.com

**Eric S. Hochstadt**
**James W. Quinn**
**Yehudah L. Buchweitz**
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153
 eric.hochstadt@weil.com
james.quinn@weil.com
yehudah.buchweitz@weil.com

**Robert Dale Grimes**
Bass, Berry & Sims
150 Third Avenue South
Suite 2800
Nashville, TN 37201
dgrimes@bassberry.com

**John E. Schmidtlein**
**Kevin T. Baine**
**Thomas G. Hentoff**
Williams & Connolly
725 12th Street, NW
Washington, DC 20005
jschmidtlein@wc.com
kbaine@wc.com
thentoff@wc.com

**Hal D. Hardin**
211 Union Street
Suite 200
Nashville, TN 37201
 halhardin@aol.com

**David Alexander Fardon**
Harwell, Howard, Hyne, Gabbert & Manner, P.C.
333 Commerce Street
Suite 1500
Nashville, TN 37201
 daf@h3gm.com

**Andrew S. Rosenman**
**Britt Marie Miller**
**Richard J. Favretto**
Mayer Brown LLP
71 S Wacker Drive
Chicago, IL 60606
arosenman@mayerbrown.com
bmiller@mayerbrown.com
rfavretto@mayerbrown.com

**Jay Scott Bowen**
**William V. Parsons , III**
Bowen Hayes & Kreisberg, PLC
47 Music Square East
Nashville, TN 37203
 jay@bowenhayes.com
Will@bowenhayes.com

**Leane K. Capps**
**Amy D. Fitts**
Polsinelli PC
2501 N Harwood
Suite 1900
Dallas, TX 75201
lcapps@polsinelli.com
afitts@polsinelli.com

**J. Gregory Grisham**
**Reid Daniel Leitner**
Leitner, Williams, Dooley, and Napolitan

414 Union Street
Suite 1900
Nashville, TN 37219
 greg.grisham@leitnerfirm.com
reid.leitner@leitnerfirm.com

**James N. Bowen**
**John R. Jacobson**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
 jimbowen@rwjplc.com
jjacobson@rwjplc.com

**Sarah Kroll-Rosenbaum**
skroll-rosenbaum@proskauer.com

**Scott P. Cooper**
scooper@proskauer.com

**Margaret Louise Behm**
**Tyler C. Yarbro**
Dodson, Parker, Behm & Capparella, P.C.
1310 6th Avenue North
Nashville, TN 37208
behm@dodsonparker.com
tyarbro@dodsonparker.com

**Amy J. Everhart**
**Maria A. Spear**
Everhart Law Firm PLC
1400 Fifth Avenue North
Nashville, TN 37208
amy@everhartlawfirm.com
maria@everhartlawfirm.com

**Robb S. Harvey**
Waller, Lansden, Dortch & Davis, LLP (Nashville)
Nashville City Center
511 Union Street
Suite 2700
Nashville, TN 37219
 robb.harvey@wallerlaw.com

**Gail Vaughn Ashworth**
Wiseman Ashworth Law Group PLC
511 Union Street
Suite 800
Nashville, TN 37219-1734
 gail@wisemanashworth.com

**Aubrey B. Harwell , Jr.**
**James Franklin Sanders**
**James Isaac Sanders**
Neal & Harwell
150 Fourth Avenue, N
2000 First Union Tower
Nashville, TN 37219-2498
 aharwell@nealharwell.com
jsanders@nealharwell.com
isanders@nealharwell.com

**Mark W. Merritt**
 mmerritt@rbh.com

**Robert W. Fuller**
rfuller@rbh.com

|  |  |
|---|---|
|  | /s/ Samuel D. Gregory |
|  | Samuel D. Gregory |