# UNITED STATES DISTRICT COURT

SOUTHERN     **DISTRICT OF**     MISSISSIPPI

**CERTIFICATE OF GOOD STANDING**

I, __ARTHUR JOHNSTON__, *Clerk of this Court,*

*certify that* __Samuel D. Gregory__, *Bar #* __104563__,

*was duly admitted to practice in this Court on*

__September 24, 2013__, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* __Jackson, Mississippi__ *on* __November 5, 2014__.
LOCATION                    DATE

ARTHUR JOHNSTON        *Katherine H. Alexander*
CLERK                                DEPUTY CLERK