IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAVON MARSHALL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3:14-cv-1945 |
| | ) | |
| v. | ) | Chief District Judge Kevin H. Sharp |
| | ) | Magistrate Judge John S. Bryant |
| ESPN INC., *et al.*, | ) | |
| | ) | CLASS ACTION |
| Defendants. | ) | JURY DEMAND |

## T3MEDIA, INC. CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.02 Defendant T3Media, Inc. ("T3Media) states that it has no parent corporation that is publicly held and/or that owns 10% or more of its stock.

Respectfully submitted,

s/ Robb S. Harvey
Robb S. Harvey (Tenn. BPR No. 011519)
Todd Hambidge (Tenn. BPR No. 026387)
WALLER LANSDEN DORTCH & DAVIS LLP
511 Union Avenue  Suite 2700
Nashville, Tennessee  37215
(615) 244-6380

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing has been filed using the Court's Electronic Filing System on this the 10th day of November, 2014, and will be served through that System on all attorneys who have entered an appearance in this case.

      s/ Robb S. Harvey