# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| JAVON MARSHALL, et al., individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>    vs.<br><br>ESPN, INC., et al.,<br><br>            Defendants. | Civil Action No. 3:14-cv-01945<br><br>Chief District Judge Kevin H. Sharp<br>Magistrate Judge Joe B. Brown<br><br>Jury Demand<br><br>CLASS ACTION |

## CORPORATE DISCLOSURE STATEMENT

Defendant Big Ten Conference (whose correct name is The Big Ten Conference, Inc.), pursuant to Rule 7.02 of this Court's local rules, hereby states that it has no parent corporation and no publicly held company owns 10 percent or more of its stock.

Dated:  November 11, 2014

/s/ Jay S. Bowen
Jay S. Bowen, BPR No. 2649
Will Parsons, BPR No. 26519
BOWEN HAYES & KREISBERG, PLC
47 Music Square East
Nashville, TN 37203
Tel: (615) 329-4440
Fax: (615) 329-4485
Jay@bowenhayes.com
Will@bowenhayes.com

Andrew S. Rosenman (admitted *pro hac vice*)
Britt M. Miller (admitted *pro hac vice*)
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606-4637
Tel: (312) 782-0600
Fax: (312) 701-7711
arosenman@mayerbrown.com
bmiller@mayerbrown.com

Richard J. Favretto (admitted *pro hac vice*)
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
Tel: (202) 263-3000
Fax: (202) 263-3300
rfavretto@mayerbrown.com

Attorneys for Defendant The Big Ten Conference, Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been filed using the Court's Electronic Filing System on this the 11th day of November, 2014, and will be served through that System on all attorneys who have entered an appearance in this case.

/s Will Parsons