IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAVON MARSHALL, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 3:14-cv-01945 |
| | ) | CHIEF JUDGE SHARP |
| ESPN INC., et al. | ) | MAGISTRATE BROWN |
| | ) | |
| Defendants. | ) | JURY DEMAND |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO STAY THE DEADLINE TO MOVE FOR CLASS CERTIFICATION

It appears to the Court that Plaintiffs' Unopposed Motion to Stay the Deadline to Move for Class Certification is well-taken and should be GRANTED. Given the numerous Defendants in this case, among other circumstances, the Court finds that good cause exists for extending the deadline imposed by Local Rule 23.01(b). Accordingly, the Court HEREBY STAYS the Local Rule 23.01(b) deadline through the initial case management conference, whenever it occurs, at which time the Court will establish an appropriate deadline for Plaintiffs to move for class certification.

IT IS SO ORDERED.

Entered this 3: ẏ 'f c{ 'qh'P qxgo dgt.'42360'

_____
HON. KEVIN H. SHARP
CHIEF JUDGE, U.S. DISTRICT COURT

**APPROVED FOR ENTRY:**

BONE McALLESTER NORTON PLLC

*/s/ Stephen J. Zralek*
Stephen J. Zralek, BPR #18971
John P. Branham, BPR #002552
511 Union Street, Suite 1600
Nashville, TN 37219
615.259.5508 telephone
szralek@bonelaw.com
jbranham@bonelaw.com

STEWART JOHNSON CONNER & MANSON, LLP
Richard Manson, BPR #04351
Ronald A. Stewart, BPR # 23042
215 2nd Ave. North, Suite 300
Nashville, TN 37201

McMURTRAY LAW FIRM, PLLC
Patrick D. McMurtray, BPR #31597
P.O. Box 80
Christiana, Tennessee 37037

*Counsel for Plaintiffs*