# UNITED STATES DISTRICT COURT

DISTRICT OF     KANSAS

## CERTIFICATE OF GOOD STANDING

I,    TIMOTHY M. O'BRIEN   , Clerk of this Court,

certify that    Brett C. Randol   , Bar #    22794   ,

was duly admitted to practice in this Court on

   September 29, 2006   , and is in good standing
DATE

as a member of the Bar of this Court.

Dated at    Kansas City, Kansas    on November 20, 2014.
LOCATION                                DATE

TIMOTHY M. O'BRIEN              *Marla Gonzales*
CLERK                                   DEPUTY CLERK