# United States District Court

Central District of California

**CERTIFICATE OF
GOOD STANDING**

---

I, TERRY NAFISI, Clerk of this Court, certify that

**Kelli L. Sager**, Bar **120162**

was duly admitted to practice in this Court on  **January 21st, 1986**

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on  **November 19th, 2014**
  *DATE*

TERRY NAFISI
District Court Executive/Clerk of Court

By _____
Andrea Kannike, Deputy Clerk