# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAVON MARSHALL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 3:14-cv-1945 |
| v. ) | |
| ) | Chief District Judge Kevin H. Sharp |
| ESPN INC., et al., ) | Magistrate Judge Joe B. Brown |
| ) | |
| Defendants. ) | CLASS ACTION |
| ) | JURY DEMAND |

## ORDER GRANTING NBCUNIVERSAL MEDIA, LLC'S UNOPPOSED MOTION TO EXTEND TIME FOR FILING MOTIONS TO DISMISS, TO ESTABLISH BRIEFING SCHEDULE, AND TO EXCEED PAGE LIMITS

It appears to the Court that defendant NBCUniversal Media, LLC's Unopposed Motion to Extend Time for Filing Motions to Dismiss, to Establish Briefing Schedule, and to Exceed Page Limits (Docket Entry 193) is well-taken and should be granted. As such, the Court grants NBCUniversal Media, LLC ("NBCUniversal") the following relief:

**A. Briefing Schedule**

NBCUniversal shall have an extension of time up to and including December 10, 2014, to file motions to dismiss under Rule 12;

Plaintiffs shall have a commensurate extension of time up to and including January 30, 2015, to file their briefs in response to NBCUniversal's motions;

NBCUniversal shall have an extension of time up to and including February 20, 2015, to file reply briefs in support of said motions;

B. **Further Extensions of Time**

Plaintiffs, in the event NBCUniversal seeks and obtains a further extension of time to file its Rule 12 motions, shall receive an equal further extension of time to file their response briefs, and the briefing schedule for responses and replies will be adjusted accordingly;

C. **Page Limits**

NBCUniversal is part of the "Network Defendants" group noted in the joint motion [Dkt. #176] and shall have permission to file briefs that exceed the page limitations contained in the Local Rules and Chief District Judge Sharp's Practice and Procedure Manual as follows:

(1) the Network Defendants are permitted forty pages for their principal brief in support of their motion to dismiss the complaint;

(2) To respond to the Network Defendants' principal brief, Plaintiffs are permitted forty pages;

(3) To reply to Plaintiffs' response briefs, the Network Defendants are permitted twenty pages.

These page allotments do not include any pro forma joinders or motions addressing unique Defendant-specific issues, responses to such motions, or replies to such motions.

IT IS SO ORDERED.

ENTER this 26th day of November, 2014.

/s/ Joe B. Brown
JUDGE JOE B. BROWN
UNITED STATES MAGISTRATE JUDGE