IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAVON MARSHALL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-1945 |
| | ) | |
| ESPN INC., et al., | ) | Chief Judge Sharp |
| | ) | Magistrate Judge Brown |
| Defendants. | ) | |
| | ) | CLASS ACTION |
| | ) | JURY DEMAND |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.01(d) of the Local Rules of Court for the Middle District of Tennessee, defendants IMG College, LLC, IMG Worldwide, LLC and William Morris Endeavor Entertainment, LLC ("IMG Defendants") respectfully move the Court to grant Andrew J. Thomas leave to appear in this matter *pro hac vice* on behalf of the IMG Defendants. In support of this motion, the IMG Defendants would show the Court as follows:

1. Mr. Thomas is a partner in the law firm of Jenner & Block LLP, 633 West 5th Street, Los Angeles, CA 90071-2054.

2. Mr. Thomas is a member in good standing of the United States District Court for the Central District of California and is admitted to practice before all California state courts. Mr. Thomas' Certificate of Good Standing from the United States District Court for the Central District of California is filed herewith.

3. If admitted *pro hac vice*, Mr. Thomas will abide by all rules of this Court.

4. Mr. Thomas will be associated in this action with Tennessee counsel for the IMG Defendants, W. Scott Sims of Sims|Funk, PLC, who is licensed in, in good standing with, resides in, and maintains an office in Tennessee.

Accordingly, the IMG Defendants respectfully request that the Court grant this motion and allow Mr. Thomas to appear *pro hac vice* on their behalf in this matter.

Respectfully submitted,

/s/ W. Scott Sims
W. Scott Sims
SIMS|FUNK, PLC
3310 West End Ave., #410
Nashville, TN 37203
615.454.2053
ssims@simsfunk.com

*Counsel for IMG College, LLC; IMG Worldwide, LLC; and William Morris Endeavor Entertainment, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following individuals via the Court's CM/ECF system this 1st day of December, 2014:

Stephen J. Zralek
John P. Branham
**BONE MCALLESTER NORTON PLLC**
511 Union Street
Nashville, TN 37219

Richard Manson
Ronald A. Stewart
**STEWART JOHNSON CONNER & MANSON, LLP**
215 2nd Avenue North, Suite 300
Nashville, TN 37201

2

Patrick D. McMurtray
**McMURTRAY LAW FIRM, PLLC**
P.O. Box 80
Christiana, TN 37037

Evan R. Chesler
Roger G. Brooks
J. Wesley Earnhardt
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, NY 10019

Nathan E. Siegel
**LEVINE SULLIVAN KOCH
   & SCHULTZ, LLP**
1899 L Street, NW
Suite 200
Washington, DC 20036

Samuel David Lipshie
Joel D. Eckert
**BRADLEY ARANT BOULT CUMMINGS LLP**
1600 Division Street
Suite 700
Nashville, TN 37203

James W. Quinn
Yehudah L. Buchweitz
Eric S. Hochstadt
**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153

R. Dale Grimes
**BASS, BERRY & SIMS PLC**
150 Third Avenue South
Suite 2800
Nashville, TN 37201

Kevin T. Baine
John E. Schmidtlein
Thomas G. Hentoff
Carl R. Metz
**WILLIAMS & CONNOLLY LLP**
725 12th Street, NW
Washington, DC 20005
3

**HAL D. HARDIN**
211 Union Street
Suite 200
Nashville, TN 37201

D. Erik Albright
Greg Holland
Jon Heyl
**SMITH MOORE LEATHERWOOD LLP**
300 N. Greene Street
Suite 1400
Greensboro, NC 27401

David Alexander Fardon
**HARWELL, HOWARD, HYNE, GABBERT & MANNER, PC**
333 Commerce Street
Suite 1500
Nashville, TN 37201

Richard J. Favretto
**MAYER BROWN LLP**
1999 K Street, NW
Washington, DC 20006

Andrew S. Rosenman
Britt Marie Miller
71 S Wacker Drive
Chicago, IL 60606

Jay Scott Bowen
William V. Parsons, III
**BOWEN HAYES & KREISBERG, PLC**
47 Music Square East
Nashville, TN 37203

Scott P. Cooper
Jennifer L. Jones
Sarah Kroll-Rosenbaum
**PROSKAUER ROSE LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA 90067

John R. Jacobson
James N. Bowen

4

Case 3:14-cv-01945   Document 198   Filed 12/01/14   Page 4 of 6 PageID #: 725

**RILEY WARNOCK & JACOBSON PLC**
1906 West End Avenue
Nashville, TN 37203

Leane K. Capps
**POLSINELLI PC**
2501 N Harwood
Suite 1900
Dallas, TX 75201

Amy D. Fitts
900 W 48th Place
Suite 900
Kansas City, MO 64112

Reid Daniel Leitner
J. Gregory Grisham
**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN PLLC**
414 Union Street
Suite 1900
Nashville, TN 37219

Robert W. Fuller
Mark W. Merritt
**ROBINSON BRADSHAW & HINSON, P.A.**
101 N Tryon Street
Suite 1900
Charlotte, NC 28246

Aubrey B. Harwell , Jr.
James Franklin Sanders
**NEAL & HARWELL, PLC**
150 Fourth Avenue, N
2000 First Union Tower
Nashville, TN 37219

Margaret Louise Behm
Tyler C. Yarbro
**DODSON PARKER BEHM & CAPPARELLA PC**
1310 Sixth Avenue North
Nashville, TN 37208

John S. Hicks
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
211 Commerce Street, Suite 800
Nashville, TN 37201

Walker W. Jones, III
W. Scott Welch, III
Samuel D. Gregory
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
P O Box 14167
Jackson, MS 39236-4167

Robert C. Walters
Brian E. Robison
**GIBSON, DUNN & CRUTCHER**
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201

Amy J. Everhart
Maria A. Spear
**EVERHART LAW FIRM PLC**
1400 Fifth Avenue North
Nashville, TN 37208

Robb S. Harvey
Todd R. Hambidge
**WALLER, LANSDEN, DORTCH & DAVIS, LLP**
Nashville City Center
511 Union Avenue, Suite 2700
Nashville, TN 37215

Gail Vaughn Ashworth
**WISEMAN ASHWORTH LAW GROUP PLC**
511 Union Street
Suite 800
Nashville, TN 37219

/s/ W. Scott Sims