# United States District Court

## Central District of California

**CERTIFICATE OF
GOOD STANDING**

---

I, TERRY NAFISI, Clerk of this Court, certify that

**Andrew J. Thomas**, Bar **159533**

was duly admitted to practice in this Court on ___January 21st, 1994___

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on ___November 21st, 2014___
      *DATE*

TERRY NAFISI
District Court Executive, Clerk of Court

By _____
Andrea Kannike, Deputy Clerk

---

G-52 (09/08)(Rev. AO 136)    CERTIFICATE OF GOOD STANDING - MEMBER OF BAR