UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAVON MARSHALL, et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) NO. 3:14-cv-1945 |
| | ) Judge Sharp/Brown |
| ESPN, INC., et al., | ) Jury Demand |
| | ) |
| Defendants | ) |

**O R D E R**

The undersigned hereby **RECUSES** himself from further proceedings in this matter. Accordingly, the Clerk is directed to assign the case to another Magistrate Judge.

The initial case management conference set for December 15, 2014, is hereby **CANCELED**, to be reset before the Magistrate Judge assigned to the case.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge