# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>        **ARTHUR J. BURKE**        </u>, Bar # <u>   **AB0466**   </u>

was duly admitted to practice in this Court on

<u>   **JUNE 08th, 1998**   </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>    on <u>   **NOVEMBER 20th, 2014**   </u>

<u>Ruby J. Krajick</u>     by <u>   /s/   </u>
Clerk                        Deputy Clerk