# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>     **JAMES WILLIAM HALDIN**     </u>, Bar # <u>     **JH0519**     </u>

was duly admitted to practice in this Court on

<u>     **AUGUST 05th, 2008**     </u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street<br>New York, New York</u>     on     <u>**NOVEMBER 20th, 2014**</u>

<u>Ruby J. Krajick</u>     by <u>B. C—</u>
Clerk                         Deputy Clerk