# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAVON MARSHALL, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>ESPN, INC., et al.,<br><br>    Defendants. | Case No.: 3:14-cv-01945<br><br>Judge Kevin H. Sharp<br>Magistrate Judge Joe B. Brown<br><br>Jury Demanded<br><br>CLASS ACTION |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for NBCUniversal Media, LLC hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the Southern District of New York. Attached is a Certificate of Good Standing from the Court.

Dated: December 3, 2014
New York, NY

Respectfully submitted,

/s/ Dana M. Seshens
Dana M. Seshens
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY 10017
dana.seshens@davispolk.com
Tel: (212) 450-4000
Fax: (212) 701-5800

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2014, a true and correct copy of the foregoing document was filed electronically with the U.S. District Court for the Middle District of Tennessee. Notice of this filing was served via the court's electronic filing system on counsel listed below:

*Alphabetically by Party Name*

| **Counsel for Plaintiffs Steven Clark, Chris Conner, Javon Marshall, Patrick Miller, Byron Moore, Chaz Moore, Sean Parker, Eric Samuels, Marlon Walls and Rod Wilks** | |
|---|---|
| John P. Branham<br>Stephen J. Zralek<br>Bone, McAllester & Norton PLLC<br>511 Union Street, Suite 1600<br>Nashville, TN 37219<br><br>Patrick D. McMurtray<br>McMurtray Law Firm, PLLC<br>P O Box 80<br>Christiana, TN 37037 | Richard Manson<br>Manson, Jones & Whitted<br>1319 Fifth Avenue N<br>Nashville, TN 37208<br><br>Ronald A. Stewart<br>Stewart, Johnson, Conner & Manson, LLP<br>215 2nd Avenue North<br>Suite 300<br>Nashville, TN 37201 |

| **Counsel for Defendant ABC, Inc.** | **Counsel for Defendant Atlantic Coast Conference** |
|---|---|
| Samuel D. Lipshie<br>Bradley Arant Boult Cummings LLP<br>1600 Division St., Suite 700<br>Nashville, TN 37203-0025<br><br>Stefan H. Atkinson<br>Roger G. Brooks<br>Evan R. Chesler<br>Daniel A. Richards<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br><br>Nathan E. Siegel<br>Levine Sullivan Koch & Schultz, LLP<br>1899 L Street NW, Suite 200<br>Washington, DC 20036 | David A. Fardon<br>Harwell Howard, Hyne, et al.<br>333 Commerce Street, Suite 1500<br>Nashville, TN 37201<br><br>Jonathan P. Heyl<br>Smith Moore Leatherwood LLP<br>101 N. Tryon Street<br>Suite 1300<br>Charlotte, NC 28246<br><br>D. Erik Albright<br>Gregory G. Holland<br>Smith Moore Leatherwood LLP<br>300 N. Greene Street<br>Suite 1400<br>Greensboro, NC 27401 |

| Counsel for Defendant Big 12 Conference | Counsel for Defendant Big East Conference |
|---|---|
| Reid D. Leitner<br>J. Gregory Grisham<br>Leitner, Williams, et al.<br>414 Union Street, Suite 1900<br>Nashville, TN 37219<br><br>Leane K. Capps<br>Polsinelli PC<br>Saint Ann Court<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201<br><br>Amy D. Fitts<br>Polsinelli PC<br>900 W. 48th Place, Suite 900<br>Kansas City, MO 64112 | John R. Jacobson<br>James N. Bowen<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville, TN 37203<br><br>Andrew S. Rosenman<br>Britt Marie Miller<br>Mayer Brown LLP<br>71 S Wacker Dr<br>Chicago, IL 60606<br><br>Scott P. Cooper<br>Jennifer L. Jones<br>Sarah Kroll-Rosenbaum<br>Proskauer Rose LLP<br>2049 Century Park East<br>Suite 3200<br>Los Angeles, CA 90067 |
| **Counsel for Defendant Big Ten Conference**<br><br>Jay S. Bowen<br>William V. Parsons, III<br>Bowen Hayes & Kreisberg PLC<br>47 Music Square East<br>Nashville, TN 37203<br><br>Richard J. Favretto<br>Mayer Brown LLP<br>1999 K Street, NW<br>Washington, DC 20006<br><br>Britt Marie Miller<br>Andrew S. Rosenman<br>Mayer Brown LLP<br>71 S Wacker Drive<br>Chicago, IL 60606 | **Counsel for Defendant Big Ten Network Services, LLC**<br><br>Hal D. Hardin<br>211 Union Street, Suite 200<br>Nashville, TN 37201<br><br>Kevin T. Baine<br>John E. Schmidtlein<br>Thomas G. Hentoff<br>Carl R. Metz<br>Williams & Connolly LLP<br>725 12th Street, NW<br>Washington, DC 20005 |
| **Counsel for Defendant CBS Broadcasting, Inc.**<br><br>James W. Quinn<br>Yehudah L. Buchweitz | **Counsel for Defendant CBS Collegiate Sports Properties, Inc.**<br><br>John S. Hicks<br>Baker, Donelson, Bearman, Caldwell & |

| | |
|---|---|
| Eric S. Hochstadt<br>Weil, Gotshal & Manges<br>767 Fifth Avenue<br>New York, NY 10153<br><br>R. Dale Grimes<br>Bass, Berry & Sims<br>150 Third Avenue South<br>Suite 2800<br>Nashville, TN 37201 | Berkowitz, PC<br>211 Commerce Street<br>Suite 800<br>Nashville, TN 37201<br><br>Brian E. Robison<br>Robert C. Walters<br>Bradley G. Hubbard<br>Gibson, Dunn & Crutcher, LLP<br>2100 McKinney Avenue<br>Suite 1100<br>Dallas, TX 75201 |
| **Counsel for Defendant Conference USA**<br><br>Leane K. Capps<br>Polsinelli PC<br>Saint Ann Court<br>2501 North Harwood Street, Suite 1900<br>Dallas, TX 75201<br><br>Amy D. Fitts<br>Polsinelli PC<br>900 W. 48th Place, Suite 900<br>Kansas City, MO 64112<br><br>Reid D. Leitner<br>J. Gregory Grisham<br>Leitner, Williams, et al.<br>414 Union Street, Suite 1900<br>Nashville, TN 37219 | **Counsel for Defendant ESPN**<br><br>Samuel D. Lipshie<br>Joel D. Eckert<br>Bradley Arant Boult Cummings LLP<br>1600 Division St., Suite 700<br>Nashville, TN 37203-0025<br><br>Stefan H. Atkinson<br>Roger G. Brooks<br>Evan R. Chesler<br>Daniel A. Richards<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019 |
| **Counsel for Defendant Fox Broadcasting Company**<br><br>Hal D. Hardin<br>211 Union Street, Suite 200<br>Nashville, TN 37201<br><br>Kevin T. Baine<br>John E. Schmidtlein<br>Thomas G. Hentoff<br>Carl R. Metz<br>Williams & Connolly LLP<br>725 12th Street, NW<br>Washington, DC 20005 | **Counsel for Defendant IMG College, LLC**<br><br>W. Scott Sims<br>Sims Funk, PLC<br>3310 West End Avenue<br>Suite 410<br>Nashville, TN 37203<br><br>Kenneth L. Doroshow<br>Jenner & Block, LLP (DC Office)<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001-4412 |

| | |
|---|---|
| **Counsel for Defendant IMG Worldwide, Inc.**<br><br>W. Scott Sims<br>Sims Funk, PLC<br>3310 West End Avenue<br>Suite 410<br>Nashville, TN 37203<br><br>Kenneth L. Doroshow<br>Jenner & Block, LLP (DC Office)<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001-4412 | **Counsel for Defendant JMI Sports LLC**<br><br>Amy J. Everhart<br>Maria A. Spear<br>Everhart Law Firm PLC<br>1400 Fifth Avenue North<br>Nashville, TN 37208<br><br>Louis Peter Petrich<br>Daniel M. Mayeda<br>Leopold, Petrich & Smith<br>2049 Century Park East<br>Suite 3110<br>Los Angeles, CA 90067 |
| **Counsel for Defendant Learfield Sports LLC**<br><br>Gail Vaughn Ashworth<br>Wiseman Ashworth Law Group PLC<br>511 Union Street<br>Suite 800<br>Nashville, TN 37219 | **Counsel for Defendant National Broadcasting Company, Inc.**<br><br>R. Dale Grimes<br>Jeffrey P. Yarbro<br>Bass, Berry & Sims PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201 |
| **Counsel for Defendant Ohio Valley Conference**<br><br>Margaret L. Behm<br>Tyler C Yarbro<br>Dodson Parker Behm & Capparella PC<br>1310 6th Avenue North<br>Nashville, TN 37208 | **Counsel for Defendant Pacific-12 Conference**<br><br>James N. Bowen<br>John R. Jacobson<br>Riley, Warnock & Jacobson<br>1906 West End Avenue<br>Nashville, TN 37203<br><br>Scott P. Cooper<br>Jennifer L. Jones<br>Sarah Kroll-Rosenbaum<br>Proskauer Rose, LLP<br>2049 Century Park East<br>Suite 3200<br>Los Angeles, CA 90067 |
| **Counsel for Defendant Southeastern Conference** | **Counsel for Defendant T3 Media, Inc.**<br><br>Robb S. Harvey |

| | |
|---|---|
| Aubrey B. Harwell, Jr.<br>James F. Sanders<br>James I. Sanders<br>Neal & Harwell<br>150 Fourth Avenue N<br>Suite 2000<br>Nashville, TN 37219-2498<br><br>Robert W. Fuller<br>Mark W. Merritt<br>Robinson, Bradshaw & Hinson PC<br>101 North Tryon Street, Suite 1900<br>Charlotte, NC 28246 | Todd R. Hambidge<br>Waller, Lansden, et al.<br>2700 Nashville City Center<br>511 Union Street<br>Nashville, TN 37219 |
| **Counsel for Defendant Telesouth Communications, Inc.**<br><br>John S. Hicks<br>Baker Donelson, et al.<br>211 Commerce Street<br>Suite 800<br>Nashville, TN 37201<br><br>Walker M. Jones III<br>W. Scott Welch, III<br>Samuel D. Gregory<br>Baker, Donelson, Bearman, et al.<br>4268 I-55 North<br>Meadowbrook Office Park<br>Jackson, MS 39211 | **Counsel for Defendant William Morris Endeavors, LLC**<br><br>W. Scott Sims<br>Sims Funk, PLC<br>3310 West End Avenue<br>Suite 410<br>Nashville, TN 37203<br><br>Kenneth L. Doroshow<br>Jenner & Block, LLP (DC Office)<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001-4412 |

                                                                        _R. Dale Grimes_