# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>Ruby J. Krajick</u>, Clerk of this Court, certify that

<u>**DANA MEREDITH SESHENS**</u>, Bar # <u>**DS9800**</u>

was duly admitted to practice in this Court on

<u>**FEBRUARY 18th, 2009**</u>, and is in good standing as a member of the Bar of this Court.

Dated at <u>500 Pearl Street New York, New York</u>   on   <u>**NOVEMBER 20th, 2014**</u>

<u>Ruby J. Krajick</u>   by _____
Clerk                              Deputy Clerk