```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675034243
Cashier ID: ehawkins
Transaction Date: 12/08/2014
Payer Name: BASS BERRY SIMS
------------------------------------
PRO HAC VICE
 For: SANGER
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
PRO HAC VICE
 For: BURKE
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
PRO HAC VICE
 For: HALDIN
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
PRO HAC VICE
 For: SESHENS
 Case/Party: D-TNM-3-07-AT-PROHAC- 00
 Amount:        $75.00
------------------------------------
CHECK
 Check/Money Order Num: 408897
 Amt Tendered:  $300.00
------------------------------------
Total Due:      $300.00
Total Tendered: $300.00
Change Amt:       $0.00
```

3:14-1945