IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAVON MARSHALL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 3:14-cv-1945 |
| v. ) | |
| ) | Chief District Judge Kevin H. Sharp |
| ESPN INC., et al., ) | |
| ) | |
| Defendants. ) | CLASS ACTION |
| ) | JURY DEMAND |

_____

### ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINES
_____

It appears to the Court that the Plaintiffs' Unopposed Motion to Extend the Deadlines is well-taken and should be granted.

**IT IS THEREFORE ORDERED** that the Initial Case Management Conference will be rescheduled to February 1, 2015 or later. Plaintiffs shall file their Response to the Motions to Dismiss by February 13, 2015; and Defendants shall file their Replies to the Motions to Dismiss by March 6, 2015; and Plaintiffs shall file their Response to Defendant's Motion to Stay Discovery by January 8, 2015.

**ENTERED** this 38ỷ "day of December, 2014.

_____
**JUDGE KEVIN H. SHARP**
**CHIEF DISTRICT JUDGE**