IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAVON MARSHALL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:14-cv-1945 |
| | ) | |
| ESPN, INC., et al., | ) | JUDGE KEVIN H. SHARP |
| | ) | Magistrate Judge John S. Bryan |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL OF MOTION TO DISMISS
## FOR LACK OF PERSONAL JURISDICTION

COMES NOW the Defendant Outfront Media Sports, Inc., f/k/a CBS Collegiate Sports Properties, Inc., through counsel, and gives notice that it hereby WITHDRAWS its Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 231) filed on December 10, 2014.

Respectfully submitted,

*/s/ John S. Hicks*
John S. Hicks (BPR No. 010478)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ P.C.
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Tel: (615) 726-7337
Facsimile: (615) 744-7337
jhicks@bakerdonelson.com

W. Scott Welch, III (admitted *pro hac vice*)
Walker W. Jones III (admitted *pro hac vice*)
BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ P.C.
4268 I-55 North
Jackson, Mississippi 39211
Tel: (601) 351-2400
swelch@bakerdonelson.com
wjones@bakerdonelson.com

Robert C. Walters (admitted *pro hac vice*)
Brian E. Robison (admitted *pro hac vice*)
Bradley G. Hubbard (admitted *pro hac vice*)
Gibson, Dunn & Crutcher, LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201
(214) 698-3370
Fax:  (214) 571-2928
bhubbard@gibsondunn.com
brobison@gibsondunn.com
rwalters@gibsondunn.com

*Attorneys for Outfront Media Sports, Inc.*

# CERTIFICATE OF SERVICE

I certify that on January 12, 2015 the foregoing Notice of Withdrawal of Motion to Dismiss for Lack of Personal Jurisdiction was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| **John Parker Branham**<br>**Stephen J. Zralek**<br>Bone, McAllester & Norton, PLLC<br>511 Union Street, Suite 1600<br>Nashville, TN 37219<br>jbranham@bonelaw.com<br>szralek@bonelaw.com | **Ronald A. Stewart**<br>Stewart, Johnson, Conner & Manson, LLP<br>215 2nd Avenue North, Suite 300<br>Nashville, TN 37201<br>rstewart@stewartjohnsonlaw.com |
| **Patrick D. McMurtray**<br>McMurtray Law Firm, PLLC<br>P O Box 80<br>Christiana, TN 37037<br>patrick@mcmurtraylaw.com | **Joel D. Eckert**<br>**Samuel David Lipshie**<br>Bradley Arant Boult Cummings LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203-0025<br>jeckert@babc.com<br>slipshie@babc.com |
| **Richard Manson**<br>Manson, Jones & Whitted<br>1319 Fifth Avenue, N<br>Nashville, TN 37208<br> richardmanson@comcast.net | |

2

N JSH 1458527 v1
2932192-000001  01/12/2015
Case 3:14-cv-01945   Document 246   Filed 01/12/15   Page 2 of 5 PageID #: 1724

| | |
|---|---|
| **Evan R. Chesler**<br>**Roger G. Brooks**<br>**Stefan H. Atkinson**<br>**Daniel Alexander Richards**<br>**Joe Wesley Earnhardt**<br>Cravath, Swaine & Moore LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>echesler@cravath.com<br>rgbrooks@cravath.com<br>satkinson@cravath.com | **John E. Schmidtlein**<br>**Kevin T. Baine**<br>**Thomas G. Hentoff**<br>Williams & Connolly<br>725 12th Street, NW<br>Washington, DC 20005<br>jschmidtlein@wc.com<br>kbaine@wc.com<br>thentoff@wc.com |
| **Eric S. Hochstadt**<br>**James W. Quinn**<br>**Yehudah L. Buchweitz**<br>Weil, Gotshal & Manges<br>767 Fifth Avenue<br>New York, NY 10153<br>eric.hochstadt@weil.com<br>james.quinn@weil.com<br>yehudah.buchweitz@weil.com | **David Alexander Fardon**<br>Harwell, Howard, Hyne, Gabbert & Manner, P.C.<br>333 Commerce Street, Suite 1500<br>Nashville, TN 37201<br>daf@h3gm.com |
| **Robert Dale Grimes**<br>**Jeffrey P. Yarbro**<br>Bass, Berry & Sims<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>dgrimes@bassberry.com | **Andrew S. Rosenman**<br>**Britt Marie Miller**<br>**Richard J. Favretto**<br>Mayer Brown LLP<br>71 S Wacker Drive<br>Chicago, IL 60606<br>arosenman@mayerbrown.com<br>bmiller@mayerbrown.com<br>rfavretto@mayerbrown.com |
| **Hal D. Hardin**<br>211 Union Street, Suite 200<br>Nashville, TN 37201<br>halhardin@aol.com | **Jay Scott Bowen**<br>**William V. Parsons , III**<br>Bowen Hayes & Kreisberg, PLC<br>47 Music Square East<br>Nashville, TN 37203<br>jay@bowenhayes.com<br>Will@bowenhayes.com |
| | **Leane K. Capps**<br>**Amy D. Fitts**<br>**Brett C. Randol**<br>Polsinelli PC<br>2501 N Harwood, Suite 1900<br>Dallas, TX 75201<br>lcapps@polsinelli.com<br>afitts@polsinelli.com |

3

**J. Gregory Grisham**
**Reid Daniel Leitner**
Leitner, Williams, Dooley, & Napolitan
414 Union Street, Suite 1900
Nashville, TN 37219
greg.grisham@leitnerfirm.com
reid.leitner@leitnerfirm.com

**James N. Bowen**
**John R. Jacobson**
Riley, Warnock & Jacobson
1906 West End Avenue
Nashville, TN 37203
jimbowen@rwjplc.com
jjacobson@rwjplc.com

**Sarah Kroll-Rosenbaum**
**Jennifer L. Jones**
**Scott P. Cooper**
Proskauer Rose, LLP
2049 Centure park East, Suite 3200
Los Angeles, CCA 90067
skroll-rosenbaum@proskauer.com
jljones@proskauer.com
scooper@proskauer.com

**Margaret Louise Behm**
**Tyler C. Yarbro**
Dodson, Parker, Behm & Capparella, P.C.
1310 6th Avenue North
Nashville, TN 37208
behm@dodsonparker.com
tyarbro@dodsonparker.com

**Amy J. Everhart**
**Maria A. Spear**
Everhart Law Firm PLC
1400 Fifth Avenue North
Nashville, TN 37208
amy@everhartlawfirm.com
maria@everhartlawfirm.com

**Robb S. Harvey**
**Todd Ryan Hambidge**
Waller, Lansden, Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN 37219
robb.harvey@wallerlaw.com
todd.hambidge@wallerlaw.com

**Gail Vaughn Ashworth**
Wiseman Ashworth Law Group PLC
511 Union Street, Suite 800
Nashville, TN 37219-1734
gail@wisemanashworth.com

**Aubrey B. Harwell , Jr.**
**James Franklin Sanders**
**James Isaac Sanders**
Neal & Harwell
150 Fourth Avenue, N
2000 First Union Tower
Nashville, TN 37219-2498
aharwell@nealharwell.com
jsanders@nealharwell.com
isanders@nealharwell.com

**Mark W. Merritt**
mmerritt@rbh.com

**Robert W. Fuller**
rfuller@rbh.com

**Nathan E. Siegel**
Levine Sullivan Koch & Schultz, LLP
1899 L Street, NW, Suite 200
Washington, DC 20036
NSiegel@lskslaw.com

4

| | |
|---|---|
| **Carl R. Metz**<br>Williams & Connolly<br>725 12th Street, NW<br>Washington, DC 20005<br>cmetz@wc.com<br><br>**Kenneth L. Doroshow**<br>**David R. Singer**<br>**Richard L. Stone**<br>Jenner & Block, LLP<br>1099 New York Avenue, NW, Suite 900<br>Washington, CD 20001-4412<br><br>**W. Scott Sims**<br>Sims Funk, PLC<br>3310 West End Avenue, Suite 410<br>Nashville, TN 37203<br>ssims@simsfunk.com | **D. Erik Albright**<br>**Gregory G. Holland**<br>**Jonathan P. Heyl**<br>Smith Moore Leatherwood, LLP<br>300 N Greene Street, Suite 1400<br>Greensboro, NC 27401<br>erik.albright@smithmoorelaw.com<br>greg.holland@sdmithmoorelaw.com<br>jon.heyl@smithmoorelaw.com<br><br>Daniel M. Mayeda<br>Louis Peter Petrich<br>Leopold, Petrich & Smith<br>2049 Centure Park East, Suite 3100<br>Los Angeles, CA 90067<br>dmayeda@lpsla.com<br>lpetrich@lpsla.com<br><br>/s/ John S. Hicks<br>John S. Hicks |

5