UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAVON MARSHALL, et al., | ) |
| | ) No. 3:14-1945 |
| v. | ) Judge Sharp |
| | ) |
| ESPN., et al., | ) |
| | ) |

## O R D E R

Pending before the Court is an Unopposed Motion of Defendants The Big 12 Conference, Inc., and Conference USA, Inc., for Lead Counsel to Participate by Telephone in Initial Case Management Conference (Docket No. 249).

The motion is GRANTED and Attorney Capps may appear at the conference by telephone. The attorney shall call 1-866-390-1828 at the appointed time, and when prompted for the access code, enter 7884640# to join the conference.

IT IS SO ORDERED.

*(signature)*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE