IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAVON MARSHALL, et al., | ) |
| | ) Civil Action No. 3:14-cv-1945 |
| Plaintiffs, | ) |
| | ) Chief District Judge Kevin H. Sharp |
| v. | ) |
| | ) ORAL ARGUMENT REQUESTED |
| ESPN INC., et al., | ) JURY DEMAND |
| | ) |
| Defendants. | ) |

**NOTICE OF FILING CASE LAW IN SUPPORT OF DEFENDANTS'
REPLY MEMORANDUM OF LAW IN SUPPORT OF MOTION TO STAY
DISCOVERY PENDING RESOLUTION OF MOTIONS TO DISMISS**

Pursuant to Local Rule 7.01(e), Defendants submit the following cases in support of Defendants' Reply Memorandum of Law in Support of Motion To Stay Discovery Pending Resolution of Motions To Dismiss:

1. Order Granting Defendants' Joint Motion to Stay Discovery, *Collins v. Mortg. Elec. Registration Sys., Inc.*, No. 3:11-0264 (M.D. Tenn. Dec. 23, 2011), Dkt. No. 80.

2. *Schmaltz v. Smithkline Beecham Corp.*, No. 08-cv-00119-WDM-MEH, 2008 WL 3845260 (D. Colo. Aug. 15, 2008).

3. *Sims v. First Horizon Nat'l Corp.*, No. 08-2293-STA-cgc, 2009 WL 1789090 (W.D. Tenn. June 23, 2009).

4. Proposed Initial Case Management Order, *Smartvue Corp. v. Mistral Software PVT, Ltd.*, No. 3:11-1145 (M.D. Tenn. Jan 20, 2012), Dkt. No. 14.

5. Order Granting Stay of Discovery Pending Resolution of Motion to Dismiss, *Smartvue Corp. v. Mistral Software PVT, Ltd.*, No. 3:11-0264 (M.D. Tenn. Feb. 6, 2012), Dkt. No. 18.

Dated: January 13, 2015

>Respectfully submitted,
>
>/s/ Evan R. Chesler (w/ permission by SDL)
>**CRAVATH, SWAINE & MOORE LLP**
>Evan R. Chesler
>echesler@cravath.com
>Roger G. Brooks
>rgbrooks@cravath.com
>J. Wesley Earnhardt
>wearnhardt@cravath.com
>825 Eighth Avenue
>New York, NY 10019
>Tel: (212) 474-1000
>Fax: (212) 474-3700
>
>   - and -
>
>**LEVINE SULLIVAN KOCH
>   & SCHULTZ, LLP**
>Nathan E. Siegel
>NSiegel@lskslaw.com
>1899 L Street, NW
>Suite 200
>Washington, DC 20036
>Tel: (202) 508-1184
>
>   - and -
>
>**BRADLEY ARANT BOULT CUMMINGS LLP**
>Samuel David Lipshie
>slipshie@babc.com
>Joel D. Eckert
>jeckert@babc.com
>1600 Division Street
>Suite 700
>Nashville, TN 37203-0025
>Tel: (615) 244-2582
>Fax: (615) 252-6380
>
>*Attorneys for Defendants ESPN Inc., ABC, Inc., ESPN
>   d/b/a SEC Network and ESPN d/b/a Longhorn
>   Network*

/s/ James W. Quinn (w/ permission by SDL)
**WEIL, GOTSHAL & MANGES LLP**
James W. Quinn
james.quinn@weil.com
Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
Eric S. Hochstadt
eric.hochstadt@weil.com
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

- and -

**BASS, BERRY & SIMS PLC**
R. Dale Grimes
dgrimes@bassberry.com
Jeffrey P. Yarbro
jyarbro@bassberry.com
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Tel: (615) 742-6200

*Attorneys for Defendant CBS Broadcasting Inc.*

/s/ Aruthur J. Burke (w/ permission by SDL)
**DAVIS POLK & WARDWELL LLP**
Arthur J. Burke
arthur.burke@davispolk.com
Dana M. Seshens
dana.seshens@davispolk.com
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800

- and -

**DAVIS WRIGHT TREMAINE LLP**
Kelli L. Sager
kellisager@dwt.com
865 Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6800
Fax: (213) 633-6899

- and -

**BASS, BERRY & SIMS PLC**
R. Dale Grimes
dgrimes@bassberry.com
Jeffrey P. Yarbro
jyarbro@bassberry.com
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Tel: (615) 742-6200

*Attorneys for Defendant NBCUniversal Media, LLC
(sued as National Broadcasting Company, Inc.)*

/s/ Kevin T. Baine (w/ permission by SDL)
**WILLIAMS & CONNOLLY LLP**
Kevin T. Baine
kbaine@wc.com
John E. Schmidtlein
jschmidtlein@wc.com
Thomas G. Hentoff
thentoff@wc.com
Carl R. Metz
cmetz@wc.com
725 12th Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

- and -

**HAL D. HARDIN**
halhardin@aol.com
211 Union Street
Suite 200
Nashville, TN 37201
Tel: (615) 369-3377

*Attorneys for Defendants Fox Broadcasting Company
(sued as FOX, Inc.) and Big Ten Network, LLC
(sued as Big Ten Network Services, LLC)*

/s/ D. Erik Albright (w/ permission by SDL)
**SMITH MOORE LEATHERWOOD LLP**
D. Erik Albright
Erik.Albright@smithmoorelaw.com
Gregory G. Holland
Greg.Holland@smithmoorelaw.com
300 North Greene Street
Suite 1400
Greensboro, NC 27401
Tel: (336) 378-5200
Fax: (336) 378-5400

Jonathan P. Heyl
Jon.Heyl@smithmoorelaw.com
101 North Tryon Street
Suite 1300
Charlotte, NC 28246
Tel: (704) 384-2600
Fax: (704) 384-2800

  - and -

**HARWELL, HOWARD, HYNE, GABBERT & MANNER, P.C.**
David Alexander Fardon
daf@h3gm.com
333 Commerce Street
Suite 1500
Nashville, TN 37201
Tel: (615) 256-0500
Fax: (615) 251-1059

*Attorneys for Defendant Atlantic Coast Conference*

/s/ Richard J. Favretto (w/ permission by SDL)
**MAYER BROWN LLP**
Richard J. Favretto
rfavretto@mayerbrown.com
1999 K Street, NW
Washington, DC 20006
Tel:  (202) 263-3000
Fax:  (202) 263-3300

Andrew S. Rosenman
arosenman@mayerbrown.com
Britt Marie Miller
bmiller@mayerbrown.com
71 S. Wacker Drive
Chicago, IL 60606
Tel:  (312) 782-0600
Fax:  (312) 701-7711

   - and -

**BOWEN HAYES & KREISBERG, PLC**
Jay Scott Bowen
jay@bowenhayes.com
William V. Parsons, III
will@bowenhayes.com
47 Music Square East
Nashville, TN 37203
Tel:  (615) 329-4440
Fax:  (615) 329-4485

*Attorneys for Defendant The Big Ten Conference, Inc.*

/s/ Leane K. Capps (w/ permission by SDL)
**POLSINELLI P.C.**
Leane K. Capps
lcapps@polsinelli.com
2501 N. Harwood
Suite 1900
Dallas, TX 75201
Tel: (214) 397-0030
Fax: (214) 397-0033

Amy D. Fitts
afitts@polsinelli.com
Brett Randol
brandol@polsinelli.com
900 W. 48th Place
Suite 900
Kansas City, MO 64112
Tel: (816) 753-1000
Fax: (816) 753-1536

- and -

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN PLLC**
Reid Daniel Leitner
reid.leitner@leitnerfirm.com
J. Gregory Grisham
greg.grisham@leitnerfirm.com
414 Union Street
Suite 1900
Nashville, TN 37219
Tel: (615) 255-7722
Fax: (615) 780-2210

*Attorneys for Defendants Big 12 Conference and Conference USA*

/s/ Scott P. Cooper (w/ permission by SDL)
**PROSKAUER ROSE LLP**
Scott P. Cooper
scooper@proskauer.com
Jennifer L. Jones
jljones@proskauer.com
Sarah Kroll-Rosenbaum
skroll-rosenbaum@proskauer.com
2049 Century Park East
Suite 3200
Los Angeles, CA 90067
Tel: (310) 557-2900
Fax: (310) 557-2193

   - and -

**RILEY WARNOCK & JACOBSON PLC**
John R. Jacobson
jjacobson@rwjplc.com
James N. Bowen
jimbowen@rwjplc.com
1906 West End Avenue
Nashville, TN 37203
Tel: (615) 320-3700

*Attorneys for Defendants Pac-12 Conference (sued as Pacific-12 Conference) and Big East Conference, Inc.*

/s/ Aubrey B. Harwell, Jr. (w/ permission by SDL)
**NEAL & HARWELL, PLC**
Aubrey B. Harwell, Jr.
aharwell@nealharwell.com
James F. Sanders
jsanders@nealharwell.com
J. Isaac Sanders
isanders@nealharwell.com
One Nashville Place, Suite 2000
150 Fourth Avenue North
Nashville, TN 37219
Tel: (615) 244-1713
Fax: (615) 726-0573

  - and -

**ROBINSON BRADSHAW & HINSON, P.A.**
Robert W. Fuller
rfuller@rbh.com
Mark W. Merritt
mmerritt@rbh.com
101 North Tryon Street
Suite 1900
Charlotte, NC 28246
Tel: (704) 377-2546
Fax: (704) 378-4000

*Attorneys for Defendant Southeastern Conference*


/s/ Margaret L. Behm (w/ permission by SDL)
**DODSON PARKER BEHM & CAPPARELLA PC**
Margaret L. Behm
behm@dodsonparker.com
Tyler Chance Yarbro
tyarbro@dodsonparker.com
1310 Sixth Avenue North
Nashville, TN 37208
Tel: (615) 254-2291
Fax: (615) 726-2241

*Attorneys for Defendant Ohio Valley Conference*

/s/ Robert C. Walters (w/ permission by SDL)
**GIBSON, DUNN & CRUTCHER**
Robert C. Walters
rwalters@gibsondunn.com
Brian E. Robison
brobison@gibsondunn.com
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201
Tel: (214) 698-3100
Fax: (214) 571-2900

- and -

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**

John S. Hicks
jhicks@bakerdonelson.com
211 Commerce Street
Suite 800
Nashville, TN 37201
Tel: (615) 726-5600

Walker W. Jones, III
wjones@bakerdonelson.com
W. Scott Welch
swelch@bakerdonelson.com
P.O. Box 14167
Jackson, MS 39236-4167
Tel: (601) 351-2400
Fax: (601) 351-2424

*Attorneys for Defendant Outfront Media Sports, Inc. (f/k/a CBS Collegiate Sports Properties, Inc.)*

/s/ Louis P. Petrich (w/ permission by SDL)
**LEOPOLD, PETRICH & SMITH, P.C.**
Louis P. Petrich
lpetrich@lpsla.com
Daniel M. Mayeda
dmayeda@lpsla.com
2049 Century Park East, Suite 3110
Los Angeles, CA  90067
Tel:  (310) 277-3333
Fax:  (310) 277-7444

- and -

**EVERHART LAW FIRM PLC**
Amy J. Everhart
amy@everhartlawfirm.com
Maria A. Spear
maria@everhartlawfirm.com
1400 Fifth Avenue North
Nashville, TN 37208
Tel:  (615) 800-8919
Fax:  (615) 800-8918

*Attorneys for Defendant JMI Sports LLC*

/s/ Walker W. Jones, III (w/ permission by SDL)
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**
Walker W. Jones, III
wjones@bakerdonelson.com
W. Scott Welch
swelch@bakerdonelson.com
Samuel D. Gregory
sdgregory@bakerdonelson.com
P.O. Box 14167
Jackson, MS 39236-4167
Tel: (601) 351-2400
Fax: (601) 351-2424

John S. Hicks
jhicks@bakerdonelson.com
211 Commerce Street
Suite 800
Nashville, TN 37201
Tel: (615) 726-5600

*Attorneys for Defendant TeleSouth Communications, Inc.*


/s/ Robb S. Harvey (w/ permission by SDL)
**WALLER, LANSDEN, DORTCH & DAVIS, LLP**
Robb S. Harvey
robb.harvey@wallerlaw.com
Nashville City Center
511 Union Street
Suite 2700
Nashville, TN 37219
Tel: (615) 244-6380
Fax: (615) 244-6804

*Attorney for Defendant T3 Media, Inc.*

13

/s/ Thomas M. Melsheimer (w/ permission by SDL)
**FISH & RICHARDSON P.C.**
Thomas M. Melsheimer
melsheimer@fr.com
Thomas B. Walsh, IV
walsh@fr.com
M. Brett Johnson
johnson@fr.com
1717 Main Street
Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

- and -

**WISEMAN ASHWORTH LAW GROUP PLC**
Gail Vaughn Ashworth
gail@wisemanashworth.com
511 Union Street
Suite 800
Nashville, TN 37219-1734
Tel: (615) 254-1877
Fax: (615) 254-1878

*Attorneys for Defendant Learfield Sports LLC*

14
Case 3:14-cv-01945   Document 253   Filed 01/29/15   Page 14 of 16 PageID #: 1827

/s/ Thomas M. Melsheimer (w/ permission by SDL)
**FISH & RICHARDSON P.C.**
Thomas M. Melsheimer
melsheimer@fr.com
Thomas B. Walsh, IV
walsh@fr.com
M. Brett Johnson
johnson@fr.com
1717 Main Street
Suite 5000
Dallas, TX 75201
Tel: (214) 747-5070
Fax: (214) 747-2091

- and -

**WISEMAN ASHWORTH LAW GROUP PLC**
Gail Vaughn Ashworth
gail@wisemanashworth.com
511 Union Street
Suite 800
Nashville, TN 37219-1734
Tel: (615) 254-1877
Fax: (615) 254-1878

*Attorneys for Defendant Learfield Sports LLC*

/s/ Richard L. Stone (w/ permission by SDL)
**JENNER & BLOCK LLP**
Richard L. Stone
rstone@jenner.com
David R. Singer
dsinger@jenner.com
633 West 5th Street Suite 3600
Los Angeles, CA 90071-2054
Tel: (213) 239-5100
Fax: (213) 239-5199

Kenneth L. Doroshow
kdoroshow@jenner.com
1099 New York Avenue, NW
Suite 900
Washington, DC 20001-4412
Tel: (202) 639-6027
Fax: (202) 661-4855

   - and -

**SIMS FUNK, PLC**
W. Scott Sims
ssims@simsfunk.com
3310 West End Avenue
Suite 410
Nashville, TN 37203
Tel: (615) 292-9335
Fax: (615) 649-8565

*Attorneys for Defendants IMG Worldwide, LLC, IMG College, LLC, and William Morris Endeavor Entertainment, LLC*

The Filing User hereby represents that all signatories hereto agree to the filing of this document.

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2015, a true and correct copy of the foregoing document was filed electronically with the U.S. District Court for the Middle District of Tennessee. Notice of this filing was served via the court's electronic filing system on counsel listed below:

| Attorneys for Plaintiffs Steven Clarke, Chris Conner, Javon Marshall, Patrick Miller, Byron Moore, Chaz Moore, Sean Parker, Eric Samuels, Marlon Walls and Rod Wilks ||
|---|---|
| **BONE, MCALLESTER NORTON PLLC**<br>Stephen J. Zralek<br>szralek@bonelaw.com<br>John P. Branham<br>jbranham@bonelaw.com<br>511 Union Street, Suite 1600<br>Nashville, TN 37219<br>Tel: (615) 259-5508 telephone | **STEWART, JOHNSON, CONNER & MANSON, LLP**<br>Richard Manson<br>Ronald A. Stewart<br>215 2nd Avenue North<br>Suite 300<br>Nashville, TN 37201 |
| **MCMURTRAY LAW FIRM, PLLC**<br>Patrick D. McMurtray<br>P. O. Box 80<br>Christiana, TN 37037 | |

/s/ Samuel D. Lipshie