UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAVON MARSHALL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:14-1945 |
| | ) Judge Sharp |
| ESPN INC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the discussions at the Initial Case Management Conference held on February 5, 2015, the Court confirms the following rulings:

(1) The Motion to Stay Discovery (Docket No. 224) is hereby GRANTED for the reasons set forth on the record. Discovery in this case is hereby STAYED until this Court rules on the pending Motions to Dismiss for Failure to State a Claim. This stay of discovery, however, does not apply to Initial Disclosures and said disclosures SHALL BE MADE within twenty-one (21) days of this Order;

(2) Defendants' Motion for Oral Argument on the Motions to Stay Discovery (Docket No. 230) is hereby DENIED AS MOOT;

(3) The Motions for Oral Argument (Docket Nos. 216 & 223) on Defendants' Motions to Dismiss for Failure to State a Claim are hereby GRANTED. The Court will hear oral argument on those Motions to Dismiss on April 13, 2015 at 10:00 a.m. Also on that date, the parties shall REPORT THE STATUS of their efforts to establish the processes and procedures to be used in responding to e-discovery requests;

(4) The Joint Motion for Extension of Time (Docket No. 254) is hereby GRANTED and

Plaintiffs' response to Defendant TeleSouth Communication's Motion to Dismiss for Lack of Jurisdiction shall be filed within sixty (60) days of the completion of the Rule 30(b)(6) designee's deposition.

    It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE