IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAVON MARSHALL, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ESPN INC., et al.,<br><br>        Defendants. | Civil Action No. 3:14-cv-1945<br><br>Chief District Judge Kevin H. Sharp<br><br>CLASS ACTION<br>JURY DEMAND |

**PLAINTIFFS' RESPONSE TO THE LICENSING DEFENDANTS'
RULE 12(b)(6) MOTION TO DISMISS**

## TABLE OF CONTENTS

DEFINITIONS ................................................................................**Error! Bookmark not defined.**

INTRODUCTION ........................................................................................................... 1

ARGUMENT .................................................................................................................... 1

CONCLUSION ................................................................................................................. 2

CERTIFICATE OF SERVICE ......................................................................................... 4

# TABLE OF AUTHORITIES

**CASES**

Banks v. NCAA, 977 F.2d 1081 (7th Cir. 1992) ............................................................................. 2

McCormack v. NCAA (845 F.2d 1338 (5th Cir. 1988) .................................................................. 2

NCAA v. Board of Regents of University of Oklahoma, 468 U.S. 85 (1984) ........................... 1, 2

United States v. Walters, 711 F. Supp 1435 (N.D. Ill. 1989) ......................................................... 2

**COME NOW** Plaintiffs, by and through counsel, hereby respond to the Motion to Dismiss filed by Defendants Outfront Media Sports, Inc., IMG Worldwide, LLC, IMG College, LLC, William Morris Endeavor Entertainment, LLC, JMI Sports LLC, Learfield Sports LLC, T3 Media, Inc., and TeleSouth Communications, Inc. (collectively, the "Licensing Defendants"):

## INTRODUCTION

Licensing Defendants' introduction and standard of review sections are not unique and Plaintiffs' Response to Broadcasters' and Conferences' Motions to Dismiss are adopted and incorporated herein by reference.

In their arguments sections, Licensing Defendants adopt the arguments of the other Defendants and then repeat certain arguments as to Plaintiffs' antitrust claims. To avoid repetition, Plaintiffs' Responses to Broadcasters' and Conferences' Motions to Dismiss are adopted and incorporated herein by reference.

## ARGUMENT

Although Licensing Defendants advance a virtually identical argument as to <u>NCAA v. Board of Regents of University of Oklahoma</u>, 468 U.S. 85 (1984), they cite three additional cases in support of their position. As with the arguments made by the other Defendants, none of these cases are not controlling and all are inapplicable to this case.

At the outset, the restraints at issue with respect to both the Broadcast and Licensing Defendants are not the NCAA or Conference rules themselves. With respect to Plaintiffs' claims, the amateurism rules that preclude Student Athlete compensation are not the restraint at issue. To the contrary, the restraints at issue include, but are not limited to, the multi-million dollar broadcast contracts and multi-media agreements that purport to transfer the right to use the NIL of Student Athletes. Since the restraints complained of here are clearly commercial in

1

nature, Licensing Defendants' concession that <u>Board of Regents</u> does only applies to non-commercial restraints is significant (<u>See</u> Doc. 219 at PageID 846).

First cited is the 7th Circuit decision in <u>Banks v. NCAA</u>, 977 F.2d 1081 (7th Cir. 1992). <u>Banks</u> is another "no draft, no agent" case and is only cited for the proposition that some colleges have been justifiably sanctioned by the NCAA for their violations of NCAA rules regarding cash compensations. <u>Id</u>. at 1092.

The other two cases were decided in the 1980s and involve bribes. Any payments received were in no way connected to the players rights of publicity or their NIL. Since both are older cases, and the market in which these restraints must be analyzed has dramatically changed. <u>United States v. Walters</u>, 711 F. Supp 1435 (N.D. Ill. 1989) is a criminal case involving mail fraud and RICO violations (<u>Id</u>. at 1437) where the only context where antitrust allegations were analyzed was in the context of defense to a criminal indictment. <u>Id</u>. <u>McCormack v. NCAA</u> (845 F.2d 1338 (5th Cir. 1988)) involves the SMU "death penalty" where the football program was suspended for 1 year due to bribes and unauthorized payments. <u>Id</u>. at 1340. As set out above, neither rights of publicity or NIL were analyzed or even mentioned.

## **CONCLUSION**

For the reasons stated in this Response as well as Plaintiffs' Responses to the Motions to Dismiss filed by the Broadcast and Conference Defendants, Licensing Defendants' Motion to Dismiss should be denied.

Respectfully submitted,

BONE McALLESTER NORTON PLLC

*/s/ Stephen J. Zralek*
Stephen J. Zralek, BPR #18971
John P. Branham, BPR #002552
Patricia J. Cottrell, BPR #004627
William J. Haynes III, BPR # 017398
511 Union Street, Suite 1600
Nashville, TN 37219
615-238-6300 telephone
szralek@bonelaw.com
jbranham@bonelaw.com
pcottrell@bonelaw.com
whaynes@bonelaw.com

STEWART JOHNSON CONNER & MANSON, LLP
Richard Manson, BPR #04351
Ronald A. Stewart, BPR # 23042
215 2nd Ave. North, Suite 300
Nashville, TN 37201

McMURTRAY LAW FIRM, PLLC
Patrick D. McMurtray, BPR #31597
P.O. Box 80
Christiana, TN 37037

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing document on this 13th day of February, 2015, via ECF, on the following:

***Attorneys for Defendants ABC Inc. and ESPN Inc.; ESPN d/b/a SEC Network; ESPN d/b/a Longhorn Network***
Samuel D. Lipshie, Esq.
Joel D. Eckert, Esq.
Bradley Arant Boult Cummings, LLP
1600 Division Street
Suite 700
Nashville Tennessee  37203-0025

***Attorneys for ABC, Inc and ESPN, Inc.***
Roger G. Brooks, Esq.
Evan R. Chesler, Esq.
Stefan H. Atkinson, Esq.
Daniel A. Richards, Esq.
Joe W. Earnhardt, Esq.
Cravath Swain & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York New York 10019

Nathan E. Siegel, Esq.
Levine Sullivan Koch & Schultz, LLP
1899 L Street NW
Suite 200
Washington DC 20036

***Attorneys for CBS Broadcasting, Inc.***
R. Dale Grimes, Esq.
Bass Berry & Sims PLC
150 Third Avenue
Suite 2800
Nashville Tennessee  37201

Jim Quinn, Esq.
Yehudah L. Buchweitz
Eric S. Hochstadt, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York New York 10153

4

*Attorneys for NBCUniversal Media, LLC*
Kelli L. Sager, Esq.
Arthur J. Burke, Esq.
James W. Haldin, Esq.
Dana M. Seshens, Esq.
David Wright Tremaine LLP
865 South Figueroa Street
Suite 2400
Los Angeles California 90017


**Attorneys for Defendant Southeastern Conference (SEC)**
Aubrey B. Harwell, Jr., Esq.
James F. Sanders, Esq.
J. Isaac Sanders, Esq.
Neal & Harwell P.C.
150 Fourth Avenue North
Suite 2000
Nashville Tennessee  37219-2498

Robert W. Fuller, Esq.
Mark W. Merritt, Esq.
Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street
Suite 1900
Charlotte North Carolina 28246


**Attorneys for FOX Broadcasting Company, Inc. and Big Ten Network, LLC**
Hal D. Hardin, Esq.
Hardin Law Office
211 Union Street
Suite 200
Nashville Tennessee  37201

Kevin T. Baine, Esq.
Thomas G. Hentoff, Esq.
Carl R. Metz, Esq.
John E. Schmidtlein
Williams & Connolly LLP
725 Twelfth Street N.W.
Washington DC 20005

*Attorneys for Big Ten Conference (Big Ten)*
Jay S. Bowen, Esq.
William V. Parsons III, Esq.
Bowen Hayes & Kreisberg, PLC
47 Music Square East
Nashville, Tennessee 37203

Andrew Rosenman, Esq.
Britt Marie Miller, Esq.
Mayer Brown
71 S. Wacker Drive
Chicago Illinois 60606

Richard J. Favretto, Esq.
Mayer Brown, LLP
1999 K Street N.W.
Washington DC 20006

*Attorneys for Ohio Valley Conference (OVC)*
Margaret L. Behm, Esq.
Tyler C. Yarbro, Esq.
Dodson Parker Behm & Capparella PC
1310 6th Avenue North
Nashville Tennessee 37208

*Attorneys for Atlantic Coast Conference (ACC)*
D. Alexander Fardon, Esq.
Harwell Howard Hyne Gabbert & Manner PC
333 Commerce Street
Suite 1500
Nashville, Tennessee 37201

Jonathan P. Heyl, Esq.
Smith Moore Leatherwood LLP
525 North Tryon Street
Suite 1400
Charlotte, North Carolina 28202

Gregory G. Holland, Esq.
D. Erik Albright, Esq.
Smith Moore Leatherwood LLP
300 N. Greene Street
Suite 1400
Greensboro, North Carolina 27401

*Attorneys for Pac-12 Conference and Big East Conference, Inc.*
John R. Jacobson, Esq.
James N. Bowen, Esq.
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203

Scott P. Cooper, Esq.
Jennifer L. Jones, Esq.
Sarah Kroll-Rosenbaum
Proskauer Rose LLP
2049 Century Park East
Suite 3200
Los Angeles, California 90067

*Attorneys for The Big 12 Conference, Inc. and Conference USA*
Reid D. Leitner, Esq.
J. Gregory Grisham, Esq.
Leitner Williams Dooley & Napolitan, PLLC
414 Union Street
Suite 1900
Nashville Tennessee 37219

Leane K. Capps, Esq.
Polsinelli PC
Saint Ann Court
2501 North Harwood Street
Suite 1900
Dallas Texas 75201

Amy D. Fitts, Esq.
Brett C. Randol, Esq.
Polsinelli PC
900 W. 48th Place
Suite 900
Kansas City Missouri 64112

*Attorneys for CBS Collegiate Sports Properties, Inc.*
Brian E. Robinson, Esq.
Robert C. Walters, Esq.
Bradley G. Hubbard, Esq.
Gibson, Dunn & Crutcher, LLP
2100 McKinney Avenue
Suite 1100
Dallas, Texas 75201

7

*Attorneys for JMI Sports LLC*
Amy J. Everhart, Esq.
Maria A. Spear, Esq.
Everhart Law Firm PLC
1400 Fifth Avenue North
Nashville Tennessee  37208

Louis P. Petrich, Esq.
Daniel Mayeda, Esq.
Leopold, Petrich & Smith PC
Suite 3100
2049 Century Park East
Los Angeles, California 90067

*Attorneys for TeleSouth Communications, Inc.*
John S. Hicks, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
211 Commerce Street
Suite 800
Nashville, Tennessee  37201

Walker W. Jones III, Esq.
Samuel D. Gregory, Esq.
W. Scott Welch, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi  39211

*Attorneys for William Morris Endeavors, LLC; IMG Worldwide, Inc. and IMG College*
W. Scott Sims, Esq.
Sims Funk, PLC
3310 West End Avenue
#410
Nashville, Tennessee  37203

David R. Singer, Esq.
Richard L. Stone, Esq.
Andrew J. Thomas, Esq.
Jenner & Block, LLP
633 West 5th Street
Suite 3600
Los Angeles California 90071

Kenneth L. Doroshow, Esq.
Jenner & Block, LLP
1099 New York Avenue N.W.
Suite 900
Washington D.C. 20001

*Attorneys for Learfield Sports, LLC*
Thomas B. Walsh IV, Esq.
M. Brett Johnson, Esq.
Thomas M. Melsheimer, Esq.
Grant Kojis Schmidt, Esq.
Fish & Richardson PC
1717 Main Street
Suite 5000
Dallas Texas 75201

Gail Vaughn Ashworth, Esq.
Wiseman Ashworth Law Group PLC
511 Union Street
Suite 800
Nashville Tennessee  38219

*Attorneys for T3 Media, Inc.*
Robb S. Harvey, Esq.
Todd R. Hambidge, Esq.
Waller Lansden Dortch & Davis, LLP
Nashville City Center
Suite 2700
511 Union Street
Nashville Tennessee  37219

                */s/ Stephen J. Zralek*