UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAVON MARSHALL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ESPN INC., et al., <br><br> Defendants. | No. Civil Action No. 3:14-cv-1945 <br><br> Chief District Judge Kevin H. Sharp |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Sarah Kroll-Rosenbaum hereby withdraws as counsel of record for the Pac-12 Conference and the Big East Conference, Inc. in the above-captioned action. The Pac-12 Conference and the Big East Conference, Inc. will continue to be represented in this matter by counsel from Proskauer Rose LLP and Riley Warnock & Jacobson PLC who have entered their appearances.

DATED: February 20, 2015            Respectfully submitted,

                 s/ John R. Jacobson
**RILEY WARNOCK & JACOBSON PLC**
John R. Jacobson
jjacobson@rwjplc.com
James N. Bowen
jimbowen@rwjplc.com
1906 West End Avenue
Nashville, TN 37203
Tel: (615) 320-3700

                 s/ Sarah Kroll-Rosenbaum (with permission JRJ)
**PROSKAUER ROSE LLP**
Scott P. Cooper
scooper@proskauer.com
Jennifer L. Jones
jljones@proskauer.com
Sarah Kroll-Rosenbaum
skroll-rosenbaum@proskauer.com
2049 Century Park East
Suite 3200
Los Angeles, CA 90067
Tel: (310) 557-2900
Fax: (310) 557-2193

*Attorneys for Defendants Pac-12 Conference and Big East Conference, Inc.*

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served upon the following Filing Users through the Court's Electronic Filing System:

John Parker Branham
Stephen J. Zralek
Bone, McAllester & Norton, PLLC
511 Union Street, Suite 1600
Nashville, TN 37219
(615) 238-6300
jbranham@bonelaw.com
szralek@bonelaw.com

Patrick D. McMurtray
McMurtray Law Firm, LLC
P.O. Box 80
Christiana, TN 37037
(615) 713-2288
patrick@mcmurtraylaw.com

Richard Manson
Manson, Jones & Whitted
1319 Fifth Avenue N
Nashville, TN 37208
(615) 254-1600
richardmanson@comcast.net

Ronald A. Stewart
Stewart, Johnson, Conner & Manson, LLP
215 2nd Avenue North, Suite 300
Nashville, TN 37201
(615) 600-4614
rstewart@stewartjohnsonlaw.com

Evan R. Chesler
Roger G. Brooks
Stefan H. Atkinson
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10019
(212) 747-1000
echesler@cravath.com
rgbrooks@cravath.com
satkinson@cravath.com

Samuel D. Lipshie
Joel D. Eckert
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203
(615) 252-2360
slipshie@babc.com
jeckert@babc.com

Eric S. Hochstadt
James W. Quinn
Yehudah L. Buchweitz
eric.hochstadt@weil.com
james.quinn@weil.com
yehudah.buchweitz@weil.com

Robert Dale Grimes
Bass, Berry & Sims
150 Third Avenue South
Suite 2800
Nashville, TN 37201
(615) 742-6200
dgrimes@bassberry.com

Hal D. Hardin
211 Union Street, Suite 200
Nashville, TN 37201
(615) 369-3377
halhardin@aol.com

D. Alexander Fardon
Harwell, Howard, Hyne, Gabbert &
Manner, P.C.
333 Commerce Street, Suite 1500
Nashville, TN 37201
(615) 256-0500
daf@h3hm.com

Andrew S. Rosenman
Britt Marie Miller
Mayer Brown LLP
71 S Wacker Drive
Chicago, IL 60606
(312) 782-0600
arosenman@mayerbrown.com
bmiller@mayerbrown.com

Richard J. Favretto
Mayer Brown
199 K Street N.W.
Washington DC  20006
rfavretto@mayerbrown.com

Jay Scott Bowen
William V. Parsons, III
Bowen Hayes & Kreisberg, PLC
47 Music Square East
Nashville, TN 37203
(615) 329-4440
jay@bowenhayes.com
will@bowenhayes.com

J. Gregory Grisham
Reid Daniel Leitner
Leitner, Williams, Dooley, and Napolitan
414 Union Street, Suite 1900
Nashville, TN 37219
(615) 255-7722
greg.grisham@leitnerfirm.com
reid.leitner@leitnerfirm.com

Leane K. Capps
Polsinelli PC
Saint Ann Court
2501 North Harwood Street, Suite 1900
Dallas, TX  75021
lcapps@polsinelli.com

Amy F. Fitts
Brett C. Randol
Polsinelli PC
 900 W 48th Place, Suite 900
Kansas City, Missouri 64112

Margaret Louise Behm
Tyler C. Yarbro
Dodson, Parker, Behm & Capparella, P.C.
1310 6th Avenue North
Nashville, TN 37208
(615) 254-2291
behm@dodsonparker.com
tyarbro@dodsonparker.com

Amy J. Everhart
Maria A. Spear
Everhart Law Firm PLC
1400 Fifth Avenue North
Nashville, TN 37208
(615) 800-8925
amy@everhartlawfirm.com
maria@everhartlawfirm.com

John S. Hicks
W. Scott Welch
Walker W. Jones, III
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
211 Commerce Street, Suite 800
Nashville, TN 37201
(615) 726-5600
jhicks@bakerdonelson.com
swelch@bakerdonelson.com
wjones@bakerdonelson.com

Robb S. Harvey
Waller, Lansden, Dortch & Davis, LLP
Nashville City Center
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380
robb.harvey@wallerlaw.com

Aubrey B. Harwell, Jr.
James Franklin Sanders
James Isaac Sanders
Neal & Harwell
150 Fourth Avenue, North
2000 First Union Tower
Nashville, TN 37219
(615) 244-1713
aharwell@nealharwell.com
jsanders@nealharwell.com
isanders@nealharwell.com

Mark W. Merritt
Robert W. Fuller
Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC  28246
mmerritt@rbh.com
rfuller@rbh.com

Nathan E. Siegel
Levine Sullivan Koch & Schultz, LLP
1899 L Street NW, Suite 200
Washington DC  20036

Kelli L. Sager
Arthur J. Burke
James W. Haldin
Dana M. Seshens
David Wright Tremaine LLP
865 South Figueroa Street
Los Angeles, CA  90017

Kevin T. Baine
Thomas G. Hentoff
Carl R. Metz
John E. Schmidtlein
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington DC  20005

Jonathan P. Heyl
Smith Moore Leatherwood LLP
525 North Tryon Street, Suite 1400
Charlotte, NC  28202

Gregory G. Holland
D. Erik Albright
Smith Moore Leatherwood LLP
300 N. Greete Street, Suite 1400
Greensboro, NC  27401

Brian E. Robinson
Robert C. Walters
Bradley G. Hubbard
Gibson, Dunn & Crutcher, LLP
2100 McKinney Avenue, Suite 1100
Dallas, TX  75201

Louis P. Petrich
Daniel Mayeda
Leopold, Petrich & Smith, PC
2049 Century Park East, Suite 3100
Los Angeles, CA  90067

W. Scott Sims
Sims Funk, PLC
3310 West End Ave., Suite 410
Nashville, TN 37203

David R. Singer
Richard L. Stone
Andrew J. Thomas
Jenner & Block, LLP
633 West 5th Street, Suite 3600
Los Angeles, CA 90071

Kenneth L. Doroshow
Jenner & Block LLP
1099 New York Ave., N.W., Suite 900
Washington, DC 20001

Thomas B. Walsh IV
M. Brett Johnson
Thomas M. Melsheimer
Grant Kojis Schmidt
Fish & Richardson PC
1717 Main Street, Suite 500
Dallas, TX 75201

Gail Vaughn Ashworth
Wiseman Ashworth Law Group PLC
511 Union Street, Suite 800
Nashville, TN 38219


this 20th day of February, 2015.

                                                        s/ John R. Jacobson