# United States District Court

## Central District of California

CERTIFICATE OF
GOOD STANDING

---

I, TERRY NAFISI, Clerk of this Court, certify that

Jacquelyn Nicole Ferry, Bar 287798

duly admitted to practice in this Court on     February 6, 2013

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California


on     February 20, 2015
            DATE

                         TERRY NAFISI
                         District Court Executive, Clerk of Court

                         By _____
                              Lori Muraoka, Deputy Clerk
                                      1186

G-52 (09/08)(Rev. AO 136)     CERTIFICATE OF GOOD STANDING - MEMBER OF BAR