*Kevin H. Sharp* (signature)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAVON MARSHALL, et al., | ) |
| Plaintiffs, | ) Civil Action No. 3:14-cv-1945 |
| v. | ) Chief District Judge Kevin H. Sharp |
| ESPN INC., et al., | ) CLASS ACTION |
| | ) JURY DEMAND |
| Defendants. | ) |

## MOTION TO ADMIT JACQUELYN FERRY *PRO HAC VICE*

Pursuant to Local Rule 83.01(d), Defendants Pac-12 Conference and Big East Conference, Inc. move the Court for an Order permitting Jacquelyn Ferry, of the firm Proskauer Rose LLP, 2049 Century Park East, Suite 3200, Los Angeles, California, 90067, 310-557-2900, jferry@proskauer.com, to appear *pro hac vice* and practice in this action. As evidenced by the Certificate of Good Standing attached, Ms. Ferry is a member in good standing of the United States District Court for the Central District of California.

Defendants Pac-12 Conference and Big East Conference, Inc. submit a proposed Order for the Court's consideration.