# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JAVON MARSHALL, et al., | ) |
|       Plaintiffs, | ) Civil Action No. 3:14-cv-1945 |
| v. | ) Chief District Judge Kevin H. Sharp |
| ESPN, INC., et al., | ) ORAL ARGUMENT REQUESTED |
|       Defendants. | ) JURY DEMAND |

## NOTICE OF FILING CASE LAW IN SUPPORT OF
## NETWORK DEFENDANTS' REPLY MEMORANDUM OF LAW

Pursuant to Local Rule 7.01(e), Network Defendants submit the following cases in support of Network Defendants' Reply Memorandum of Law in Support of their Motion to Dismiss the Complaint:

1. *Dryer v. NFL*, No. 09-2182, 2014 WL 5106738 (D. Minn. Oct. 10 2014).

2. *Moore v. Weinstein Co., LLC*, No. 3:09-CV-00166, 2012 WL 1884758 (M.D. Tenn. May 23, 2012).

3. *Rosa & Raymond Parks Inst. for Self Dev. v. Target Corp.*, No. 2:13-CV-817-WKW, 2015 WL 519057 (M.D. Ala. Feb. 9, 2015).

4. *Shamsky v. Garan, Inc.*, 632 N.Y.S.2d 930, 167 Misc. 2d 149 (N.Y. Sup. Ct. 1995).

5. *Small Bus. Bodyguard, Inc. v. House of Moxie, Inc.*, No. 14 Civ. 7170 (CM), 2014 WL 5585339 (S.D.N.Y. Oct. 31, 2014).

Dated: March 6, 2015

Respectfully submitted,

/s/ Evan R. Chesler (w/ permission by SDL)
**CRAVATH, SWAINE & MOORE LLP**
Evan R. Chesler
echesler@cravath.com
Roger G. Brooks
rgbrooks@cravath.com
J. Wesley Earnhardt
wearnhardt@cravath.com
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700

   - and -

**LEVINE SULLIVAN KOCH
   & SCHULTZ, LLP**
Nathan E. Siegel
NSiegel@lskslaw.com
1899 L Street, NW
Suite 200
Washington, DC 20036
Tel: (202) 508-1184

   - and -

**BRADLEY ARANT BOULT CUMMINGS LLP**
Samuel David Lipshie
slipshie@babc.com
Joel D. Eckert
jeckert@babc.com
1600 Division Street
Suite 700
Nashville, TN 37203-0025
Tel: (615) 244-2582
Fax: (615) 252-6380

*Attorneys for Defendants ESPN, Inc., ABC, Inc., ESPN
  d/b/a SEC Network and ESPN d/b/a Longhorn
  Network*

2

/s/ James W. Quinn (w/ permission by SDL)
**WEIL, GOTSHAL & MANGES LLP**
James W. Quinn
james.quinn@weil.com
Yehudah L. Buchweitz
yehudah.buchweitz@weil.com
Eric S. Hochstadt
Eric.hochstadt@weil.com
767 Fifth Avenue
New York, NY 10153
Tel:  (212) 310-8000
Fax:  (212) 310-8007

- and -

**BASS, BERRY & SIMS PLC**
R. Dale Grimes
dgrimes@bassberry.com
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Tel:  (615) 742-6200

*Attorneys for Defendant CBS Broadcasting Inc.*

3

/s/ Arthur J. Burke (w/ permission by SDL)
**DAVIS POLK & WARDWELL LLP**
Arthur J. Burke
arthur.burke@davispolk.com
Dana M. Seshens
dana.seshens@davispolk.com
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000
Fax: (212) 701-5800

   - and -

**DAVIS WRIGHT TREMAINE LLP**
Kelli L. Sager
kellisager@dwt.com
865 Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6800
Fax: (213) 633-6899

   - and -

**BASS, BERRY & SIMS PLC**
R. Dale Grimes
dgrimes@bassberry.com
150 Third Avenue South
Suite 2800
Nashville, TN 37201
Tel: (615) 742-6200

*Attorneys for Defendant NBCUniversal Media, LLC*
  *(sued as National Broadcasting Company, Inc.)*

/s/ Kevin T. Baine (w/ permission by SDL)
**WILLIAMS & CONNOLLY LLP**
Kevin T. Baine
kbaine@wc.com
John E. Schmidtlein
jschmidtlein@wc.com
Thomas G. Hentoff
thentoff@wc.com
Carl R. Metz
cmetz@wc.com
725 12th Street, NW
Washington, DC 20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029

- and -

**HAL D. HARDIN**
hal@hardinlawoffice.com
211 Union Street
Suite 200
Nashville, TN 37201
Tel:  (615) 369-3377

*Attorneys for Defendants Fox Broadcasting Company (sued as FOX, Inc.) and Big Ten Network, LLC (sued as Big Ten Network Services, LLC)*

The Filing User hereby represents that all signatories hereto agree to the filing of this document.

5

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2015, a true and correct copy of the foregoing document was filed electronically with the U.S. District Court for the Middle District of Tennessee. Notice of this filing was served via email on counsel listed below:

| Attorneys for Plaintiffs Steven Clark, Chris Conner, Javon Marshall, Patrick Miller, Byron Moore, Chaz Moore, Sean Parker, Eric Samuels, Marlon Walls and Rod Wilks ||
|---|---|
| **BONE, MCALLESTER NORTON PLLC**<br>Stephen J. Zralek<br>John P. Branham<br>marshallcase@bonelaw.com<br>511 Union Street, Suite 1600<br>Nashville, TN 37219<br>Tel: (615) 259-5508 telephone | **STEWART, JOHNSON, CONNER & MANSON, LLP**<br>Richard Manson<br>Ronald A. Stewart<br>215 2nd Avenue North<br>Suite 300<br>Nashville, TN 37201 |
| **MCMURTRAY LAW FIRM, PLLC**<br>Patrick D. McMurtray<br>P. O. Box 80<br>Christiana, TN 37037 | |

| Attorney for Defendant Atlantic Coast Conference | Attorneys for Defendant The Big Ten Conference, Inc. |
|---|---|
| **SMITH MOORE LEATHERWOOD LLP**<br>D. Erik Albright<br>Erik.Albright@smithmoorelaw.com<br>Gregory G. Holland<br>Greg.Holland@smithmoorelaw.com<br>300 North Greene Street<br>Suite 1400<br>Greensboro, NC 27401<br>Tel: (336) 378-5200<br>Fax: (336) 378-5400<br><br>Jonathan P. Heyl<br>Jon.Heyl@smithmoorelaw.com<br>101 North Tryon Street<br>Suite 1300<br>Charlotte, NC 28246<br>Tel: (704) 384-2600<br>Fax: (704) 384-2800<br><br>- and -<br><br>**HARWELL, HOWARD, HYNE, GABBERT & MANNER, P.C.**<br>David Alexander Fardon<br>daf@h3gm.com<br>333 Commerce Street<br>Suite 1500<br>Nashville, TN 37201<br>Tel: (615) 256-0500<br>Fax: (615) 251-1059 | **MAYER BROWN LLP**<br>Richard J. Favretto<br>rfavretto@mayerbrown.com<br>1999 K Street, NW<br>Washington, DC 20006<br>Tel: (202) 263-3000<br>Fax: (202) 263-3300<br><br>Andrew S. Rosenman<br>arosenman@mayerbrown.com<br>Britt Marie Miller<br>bmiller@mayerbrown.com<br>71 S. Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 782-0600<br>Fax: (312) 701-7711<br><br>- and -<br><br>**BOWEN HAYES & KREISBERG, PLC**<br>Jay Scott Bowen<br>jay@bowenhayes.com<br>William V. Parsons, III<br>will@bowenhayes.com<br>47 Music Square East<br>Nashville, TN 37203<br>Tel: (615) 329-4440<br>Fax: (615) 329-4485 |

| Attorneys for Defendants Big 12 Conference and Conference USA | Attorneys for Defendants Pac-12 Conference (sued as Pacific-12 Conference) and Big East Conference, Inc. |
|---|---|
| **POLSINELLI P.C.**<br>Leane K. Capps<br>lcapps@polsinelli.com<br>Caitlin J. Morgan<br>cmorgan@polsinelli.com<br>2501 N. Harwood<br>Suite 1900<br>Dallas, TX 75201<br>Tel:  (214) 397-0030<br>Fax:  (214) 397-0033<br><br>Amy D. Fitts<br>afitts@polsinelli.com<br>Brett Randol<br>brandol@polsinelli.com<br>900 W. 48th Place<br>Suite 900<br>Kansas City, MO 64112<br>Tel:  (816) 753-1000<br>Fax:  (816) 753-1536<br><br>- and -<br><br>**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN PLLC**<br>Reid Daniel Leitner<br>reid.leitner@leitnerfirm.com<br>J. Gregory Grisham<br>greg.grisham@leitnerfirm.com<br>414 Union Street<br>Suite 1900<br>Nashville, TN 37219<br>Tel:  (615) 255-7722<br>Fax:  (615) 780-2210 | **PROSKAUER ROSE LLP**<br>Scott P. Cooper<br>scooper@proskauer.com<br>Jennifer L. Jones<br>jljones@proskauer.com<br>Jacquelyn Ferry<br>jferry@proskauer.com<br>2049 Century Park East<br>Suite 3200<br>Los Angeles, CA 90067<br>Tel:  (310) 557-2900<br>Fax:  (310) 557-2193<br><br>- and -<br><br>**RILEY WARNOCK & JACOBSON PLC**<br>John R. Jacobson<br>jjacobson@rwjplc.com<br>James N. Bowen<br>jimbowen@rwjplc.com<br>1906 West End Avenue<br>Nashville, TN 37203<br>Tel:  (615) 320-3700 |

| Attorneys for Defendant Southeastern Conference | Attorneys for Defendant Ohio Valley Conference |
|---|---|
| **NEAL & HARWELL, PLC**<br>Aubrey B. Harwell, Jr.<br>aharwell@nealharwell.com<br>James F. Sanders<br>jsanders@nealharwell.com<br>J. Isaac Sanders<br>isanders@nealharwell.com<br>One Nashville Place, Suite 2000<br>150 Fourth Avenue North<br>Nashville, TN 37219<br>Tel: (615) 244-1713<br>Fax: (615) 726-0573<br><br>- and -<br><br>**ROBINSON BRADSHAW & HINSON, P.A.**<br>Robert W. Fuller<br>rfuller@rbh.com<br>Mark W. Merritt<br>mmerritt@rbh.com<br>101 North Tryon Street<br>Suite 1900<br>Charlotte, NC 28246<br>Tel: (704) 377-2546<br>Fax: (704) 378-4000 | **DODSON PARKER BEHM & CAPPARELLA PC**<br>Margaret L. Behm<br>behm@dodsonparker.com<br>Tyler Chance Yarbro<br>tyarbro@dodsonparker.com<br>1310 Sixth Avenue North<br>Nashville, TN 37208<br>Tel: (615) 254-2291<br>Fax: (615) 726-2241 |

| | |
|---|---|
| Attorneys for Defendant Outfront Media Sports, Inc. (f/k/a CBS Collegiate Sports Properties, Inc.) | Attorneys for Defendant JMI Sports LLC |
| **GIBSON, DUNN & CRUTCHER**<br>Robert C. Walters<br>rwalters@gibsondunn.com<br>Brian E. Robison<br>brobison@gibsondunn.com<br>Bradley G. Hubbard<br>bhubbard@gibsondunn.com<br>2100 McKinney Avenue<br>Suite 1100<br>Dallas, TX 75201<br>Tel: (214) 698-3100<br>Fax: (214) 571-2900<br><br>- and -<br><br>**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**<br>John S. Hicks<br>jhicks@bakerdonelson.com<br>211 Commerce Street<br>Suite 800<br>Nashville, TN 37201<br>Tel: (615) 726-5600<br><br>Walker W. Jones, III<br>wjones@bakerdonelson.com<br>W. Scott Welch<br>swelch@bakerdonelson.com<br>P.O. Box 14167<br>Jackson, MS 39236-4167<br>Tel: (601) 351-2400<br>Fax: (601) 351-2424 | **LEOPOLD, PETRICH & SMITH, P.C.**<br>Louis P. Petrich<br>lpetrich@lpsla.com<br>Daniel M. Mayeda<br>dmayeda@lpsla.com<br>2049 Century Park East, Suite 3110<br>Los Angeles, CA 90067<br>Tel: (310) 277-3333<br>Fax: (310) 277-7444<br><br>- and -<br><br>**EVERHART LAW FIRM PLC**<br>Amy J. Everhart<br>amy@everhartlawfirm.com<br>Maria A. Spear<br>maria@everhartlawfirm.com<br>1400 Fifth Avenue North<br>Nashville, TN 37208<br>Tel: (615) 800-8919<br>Fax: (615) 800-8918 |

| Attorneys for Defendant TeleSouth Communications, Inc. | Attorneys for Defendant T3 Media, Inc. |
|---|---|
| **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC**<br>Walker W. Jones, III<br>wjones@bakerdonelson.com<br>W. Scott Welch<br>swelch@bakerdonelson.com<br>Samuel D. Gregory<br>sdgregory@bakerdonelson.com<br>P.O. Box 14167<br>Jackson, MS 39236-4167<br>Tel:  (601) 351-2400<br>Fax: (601) 351-2424<br><br>John S. Hicks<br>jhicks@bakerdonelson.com<br>211 Commerce Street<br>Suite 800<br>Nashville, TN 37201<br>Tel:  (615) 726-5600 | **WALLER, LANSDEN, DORTCH & DAVIS, LLP**<br>Robb S. Harvey<br>robb.harvey@wallerlaw.com<br>Todd R. Hambidge<br>todd.hambidge@wallerlaw.com<br>Nashville City Center<br>511 Union Street<br>Suite 2700<br>Nashville, TN 37219<br>Tel:  (615) 244-6380<br>Fax: (615) 244-6804 |

| Attorneys for Defendant Learfield Sports LLC | Attorneys for Defendants IMG Worldwide, LLC, IMG College, LLC, and William Morris Endeavor Entertainment, LLC |
|---|---|
| **FISH & RICHARDSON P.C.**<br>Thomas M. Melsheimer<br>melsheimer@fr.com<br>Thomas B. Walsh, IV<br>walsh@fr.com<br>M. Brett Johnson<br>johnson@fr.com<br>Grant Kojis Schmidt<br>schmidt@fr.com<br>1717 Main Street<br>Suite 5000<br>Dallas, TX 75201<br>Tel: (214) 747-5070<br>Fax: (214) 747-2091<br><br>- and -<br><br>**WISEMAN ASHWORTH LAW GROUP PLC**<br>Gail Vaughn Ashworth<br>gail@wisemanashworth.com<br>511 Union Street<br>Suite 800<br>Nashville, TN 37219-1734<br>Tel: (615) 254-1877<br>Fax: (615) 254-1878 | **JENNER & BLOCK LLP**<br>Richard L. Stone<br>rstone@jenner.com<br>David R. Singer<br>dsinger@jenner.com<br>Andrew J. Thomas<br>ajthomas@jenner.com<br>633 West 5th Street Suite 3600<br>Los Angeles, CA 90071-2054<br>Tel: (213) 239-5100<br>Fax: (213) 239-5199<br><br>Kenneth L. Doroshow<br>kdoroshow@jenner.com<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001-4412<br>Tel: (202) 639-6027<br>Fax: (202) 661-4855<br><br>- and -<br><br>**SIMS FUNK, PLC**<br>W. Scott Sims<br>ssims@simsfunk.com<br>3310 West End Avenue<br>Suite 410<br>Nashville, TN 37203<br>Tel: (615) 292-9335<br>Fax: (615) 649-8565 |

/s/ Samuel D. Lipshie