IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAVON MARSHALL, et al., | ) | |
| | ) | Case No. 3:14-cv-01945 |
| Plaintiffs, | ) | |
| | ) | Judge Sharp |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| ESPN INC., et al. | ) | JURY DEMAND |
| | ) | CLASS ACTION |
| Defendants. | ) | |

_____

## NOTICE OF APPEARANCE

_____

**PLEASE TAKE NOTICE** that Caitlin J. Morgan of Polsinelli PC, 2501 N. Harwood St., Suite 1900, Dallas, Texas 75201, herby enters her appearance as counsel of record for Defendant Conference USA.

DATED: March 10, 2015            Respectfully submitted,

                                 **POLSINELLI PC**

                                 By:    */s/ Leane K. Capps*
                                        **Leane K. Capps**
                                        *Pro Hac Vice*
                                        (Texas Bar No. 00796301)
                                        **Caitlin J. Morgan**
                                        *Pro Hac Vice*
                                        Saint Ann Court
                                        2501 North Harwood Street, Suite 1900
                                        Dallas, Texas 75201
                                        (214) 661-5537 Telephone
                                        lcapps@polsinelli.com
                                        cmorgan@polsinelli.com

**Brett C. Randol**
*Pro Hac Vice*
**Amy D. Fitts**
*Pro Hac Vice*
POLSINELLI PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
(816) 753-1000 Telephone
brandol@polsinelli.com
afitts@polsinelli.com

**LEITNER, WILLIAMS, DOOLEY
& NAPOLITAN, PLLC**

By: */s/ Reid D. Leitner*
**Reid D. Leitner**
BPRN 16187
**J. Gregory Grisham**
BPRN 13810
414 Union Street, Suite 1900
Nashville, Tennessee 37219-1782
(615) 255-7722 Telephone
(615) 780-2210 Fax
reid.leitner@leitnerfirm.com
greg.grisham@leitnerfirm.com

*Counsel for Defendant
Conference USA, Inc.*

# CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a true and correct copy of the foregoing document has forwarded by electronic means via the Court's electronic filing system to all counsel of record including:

                                            /s/ Reid D. Leitner
                                            **Reid D. Leitner**

                                            LEITNER, WILLIAMS, DOLLEY &
                                            NAPOLITAN, PLLC

                                            *Attorneys for Defendant*
                                            *Conference USA, Inc.*

---

**Counsel for Plaintiffs' Javon Marshall, Steven Clarke, Chris Conner, Patrick Miller, Byron Moore, Chaz Moore, Sean Parker, Eric Samuels, Marion Walls, Rod Wilks**

Stephen Zralek
John Branham
Bone, McAllester & Norton, PLLC
511 Union Street, Suite 1600
Nashville, Tennessee 37219
szralek@bonelaw.com
jbranham@bonelaw.com
Marshallcase@bonelaw.com

Patrick D. McMurtray
McMurtray Law Firm, PLLC
P. O. Box 80
Christiana, Tennessee 37037
patrick@mcmurtraylaw.com

Richard Manson, Esq.
Manson, Jones & Whitted
1319 Fifth Avenue, North
Nashville, Tennessee 37208
richardmanson@comcast.net

Ronald A. Stewart
Stewart, Johnson, Conner & Manson, LLP
215 2nd Avenue North, Suite 300
Nashville, Tennessee 37201
rstewart@stewartjohnsonlaw.com

---

**Counsel for Southeastern Conference**

Aubrey B. Harwell, Jr.
James F. Sanders

J. Isaac Sanders
Neal & Harwell, PLC
150 Fourth Avenue, North
2000 First Union Tower
Nashville, Tennessee 37219-2498
aharwell@nealharwell.com
jsanders@nealharwell.com
isanders@nealharwell.com

Robert W. Fuller
Mark W. Merritt
Robinson Bradshaw & Hinson, P.C.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
rfuller@rbh.com
mmerritt@rbh.com

**Counsel for ESPN, Inc.; ESPN d/b/a SEC Network; and ESPN d/b/a Longhorn Network**

Evan R. Chesler
Roger G. Brooks
Wes Earnhardt
Daniel Richards
Stefan H. Atkinson
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, New York 10019
echesler@cravath.com
rgbrooks@cravath.com
wearnhardt@cravath.com
drichards@cravath.com
satkinson@cravath.com

Nathan E. Siegel
Levine Sullivan Koch & Schultz, LLP
1899 L. Street, NW, Suite 200
Washington, DC 20036
nsiegel@lskslaw.com

Samuel D. Lipshie
Joel D. Eckert
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203-0025
slipshie@babc.com
jeckert@babc.com

**Counsel for ABC, Inc.**

Evan R. Chesler
Roger G. Brooks

Wes Earnhardt
Daniel Richards
Stefan H. Atkinson
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, New York 10019
echesler@cravath.com
rgbrooks@cravath.com
wearnhardt@cravath.com
drichards@cravath.com
satkinson@cravath.com

Nathan E. Siegel
Levine Sullivan Koch & Schultz, LLP
1899 L. Street, NW, Suite 200
Washington, DC 20036
nsiegel@lskslaw.com

Samuel D. Lipshie
Joel D. Eckert
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203-0025
slipshie@babc.com
jeckert@babc.com

**Counsel for CBS Broadcasting, Inc.**

James W. Quinn
Eric S. Hochstadt
Yehudah L. Buchweitz
Joseph Adamson
Jessie Mishkin
Weil, Gotschal & Manges, LLP
767 Fifth Avenue
New York, New York 10153-0119
james.quinn@weil.com
eric.hochstadt@weil.com
yehudah.buchweitz@weil.com
joseph.adamson@weil.com
jessie.mishkin@weil.com

R. Dale Grimes
Jeffrey P. Yarbro
Bass, Berry & Sims
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6200
dgrimes@bassberry.com
jyarbro@bassberry.com

| |
|---|
| **Counsel for NBCUniversal Media, LLC**<br><br>R. Dale Grimes<br>Jeffrey P. Yarbro<br>Bass, Berry & Sims<br>150 Third Avenue South, Suite 2800<br>Nashville, Tennessee 37201<br>(615) 742-6200<br>dgrimes@bassberry.com<br>jyarbro@bassberry.com<br><br>Arthur J. Burke<br>Edward Fu<br>Dana Seshens<br>James W. Hardin<br>Davis Polk & Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017<br>arthur.burke@davispolk.com<br>edward.fu@davispolk.com<br>dana.seshens@davispolk.com<br>james.hardin@davispolk.com<br><br>Kelli L. Sager<br>Davis Wright Tremaine LLP<br>865 South Figueroa St., Ste. 2400<br>Los Angeles, CA 90017<br>kellisager@dwt.com |
| **Counsel for Fox Broadcasting Company**<br><br>Kevin T. Baine<br>Thomas G. Hentoff<br>Carl R. Metz<br>John E. Schmidtlein<br>Williams & Connolly<br>725 2th Street, NW<br>Washington, DC 20005<br>kbaine@wc.com<br>thentoff@wc.com<br>cmertz@wc.com<br>jschmidtlein@wc.com<br><br>Hal D. Hardin<br>Hardin Law Office<br>211 Union Street, Suite 200<br>Nashville, Tennessee 37201<br>halhardin@aol.com |
| **Counsel for Big Ten Network, LLC** |

Kevin T. Baine
Thomas G. Hentoff
Carl R. Metz
John E. Schmidtlein
Williams & Connolly
725 2th Street, NW
Washington, DC 20005
kbaine@wc.com
thentoff@wc.com
cmertz@wc.com
jschmidtlein@wc.com

Hal D. Hardin
Hardin Law Office
211 Union Street, Suite 200
Nashville, Tennessee 37201
halhardin@aol.com

**Counsel for Atlantic Coast Conference**

D. Erik Albright
Gregory G. Holland
Smith Moore Leatherwood LLP
300 N. Green St., Suite 1400
Greensboro, NC 27401
erik.albright@smithmoorelaw.com
greg.holland@smithmoorelaw.com

Jonathan P. Heyl
Smith Moore Leatherwood LLP
525 N. Tryon St., Suite 1400
Charlotte, NC 28202
jon.heyl@smithmoorelaw.com

David A. Fardon
Harwell, Howard, Hyne, Gabbert & Manner, P.C.
333 Commerce Street, Suite 1500
Nashville, Tennessee 37201
daf@h3gm.com

**Counsel for The Big Ten Conference, Inc.**

Andrew S. Rosenman
Britt Marie Miller
Mayer Brown, LLP
71 S. Wacker Dr.
Chicago, IL 60606
arosenman@mayerbrown.com
bmiller@mayerbrown.com

Richard J. Favretto
Mayer Brown, LLP
1999 K. Street, NW
Washington, DC 20006
rfavretto@mayerbrown.com

Jon Barrett
Barrett Law PC
301 N. Lake St., Ste. 7
Warsaw, IN 46580
jab@barrettlawpc.com

Jay Scott Bowen
William V. Parsons, III
Shackelford, Bowen, Zumwalt & Hayes, LLP
1014 16th Avenue South
Nashville, TN 37212
jbowen@shackelfordlaw.net
wparsons@shackelfordlaw.net

**Counsel for The Big 12 Conference**

Leane K. Capps
Caitlin J. Morgan
Polsinelli PC
2501 N. Harwood St., Suite 1900
Dallas, Texas 75201
lcapps@polsinelli.com
jmorgan@polsinelli.com

Brett C. Randol
Amy Fitts
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
brandol@polsinelli.com
afitts@polsinelli.com

Reid D. Leitner
Leitner, Williams, Dooley, and Napolitan
414 Union St., Suite 1900
Nashville, TN 37219
reid.leitner@leitnerfirm.com

**Counsel for Pac-12**

Scott P. Cooper
Jennifer L. Jones
Jacquelyn Ferry
Proskauer Rose, LLP

| |
|---|
| 2049 Century Park East, suite 3200<br>Los Angeles, CA 90067<br>scooper@proskauer.com<br>jljones@proskauer.com<br>jferry@proskauer.com<br><br>James N. Bowen<br>John R. Jacobson<br>Elizabeth Gonser<br>Riley, Warnock & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, Tennessee 37203<br>jimbowen@rwjplc.com<br>jjacobson@rwjplc.com<br>egonser@rwjplc.com |
| **Counsel for Big East Conference, Inc.**<br><br>Scott P. Cooper<br>Jennifer L. Jones<br>Jacquelyn Ferry<br>Proskauer Rose, LLP<br>2049 Century Park East, suite 3200<br>Los Angeles, CA 90067<br>scooper@proskauer.com<br>jljones@proskauer.com<br>jferry@proskauer.com<br><br>James N. Bowen<br>John R. Jacobson<br>Elizabeth Gonser<br>Riley, Warnock & Jacobson, PLC<br>1906 West End Avenue<br>Nashville, Tennessee 37203<br>jimbowen@rwjplc.com<br>jjacobson@rwjplc.com<br>egonser@rwjplc.com |
| **Counsel for Ohio Valley Conference**<br><br>Margaret L. Behm<br>Tyler C. Yarbro<br>Dodson, Parker, Behm & Capparella, P.C.<br>1310 6th Avenue North<br>Nashville, Tennessee 37208<br>behm@dodsonparker.com<br>tyarbro@dodsonparker.com |
| **Counsel for Outfront Media Sports, Inc. (f/k/a CBS Collegiate Sports Properties, Inc.)**<br><br>Brian E. Robison |

Robert Walters
Bradley Hubbard
Gibson, Dunn & Crutcher
2100 McKinney Ave,, Suite 1100
Dallas, Texas 75201
brobison@gibsondunn.com
bhubbard@gibsondunn.com
bwalters@gibsondunn.com

John S. Hicks
Baker, Donelson, Bearman, Caldwell & Perkowitz, PC
211 Commerce Street, Suite 800
Nashville, TN 37201
jhicks@bakerdonelson.com

Walker W. Jones, III
Samuel D. Gregory
W. Scott Welch
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, MC 39211
P.O. Box 14167
Jackson, MS 39236-4167
wjones@bakerdonelson.com
sdgregory@bakerdonelson.com
swelch@bakerdonelson.com

**Counsel for TeleSouth Communications, Inc.**

John S. Hicks
Baker, Donelson, Bearman, Caldwell & Perkowitz, PC
211 Commerce Street, Suite 800
Nashville, TN 37201
jhicks@bakerdonelson.com

Walker W. Jones, III
Samuel D. Gregory
W. Scott Welch
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, MC 39211
P.O. Box 14167
Jackson, MS 39236-4167
wjones@bakerdonelson.com
sdgregory@bakerdonelson.com
swelch@bakerdonelson.com

**Counsel for JMI Sports LLC**

Louis P. Petrich
Daniel M. Mayeda
Leopold, Petrich & Smith
2049 Century Park E – Suite 3110
Los Angeles, CA 90067
lpetrich@lpsla.com
dmayeda@lpsla.com

Amy Everhart
Maria Spear
Everhart Law Firm PLC
1400 Fifth Avenue North
Nashville, TN 37208
amy@everhartlawfirm.com
maria@everhartlawfirm.com

**Counsel for T3 Media, Inc.**

Robb S. Harvey
Todd Ryan Hambidge
Waller, Landsen, Dortch & Davis, LLP
Nashville City Center
511 Union St., Suite 2700
Nashville, TN 37219
robb.harvey@wallerlaw.com
todd.hambidge@wallerlaw.com

**Counsel for Learfield Sports LLC**

Thomas B. Walsh IV
M. Brett Johnson
Thomas M. Melsheimer
Grant Kojis Schmidt
Fish & Richardson
1717 Main St., Suite 5000
Dallas, TX 75201
walsh@fr.com
johnson@fr.com
melsheimer@fr.com
schmidt@fr.com

Gail Vaughn Ashworth
Wiseman Ashworth Law Group PLC
511 Union St., Suite 800
Nashville, TX 37219-1734
gail@wisemanashworth.com

**Counsel for IMG Worldwide, LLC; IMG College, LLC**

Andrew J. Thomas

**NOTICE OF APPEARANCE – Page 11**

Richard L. Stone
David R. Singer
Jenner & Block, LLP
633 West 5th St.
Los Angeles, CA 90071-2054
AJThomas@jenner.com
RLStone@jenner.com
DRSinger@jenner.com

Kenneth L. Doroshow
Jenner & Block, LLP
1099 New York Av., NW, Suite 900
Washington, DC 20001-4412
kdoroshow@jenner.com

W. Scott Sims
Sims Funk, PLC
3310 West End Ave., Suite 410
Nashville, TN 37203
sims@simsfunk.com

**Counsel for William Morris Endeavor Entertainment, LLC**

Andrew J. Thomas
Richard L. Stone
David R. Singer
Jenner & Block, LLP
633 West 5th St.
Los Angeles, CA 90071-2054
AJThomas@jenner.com
RLStone@jenner.com
DRSinger@jenner.com

Kenneth L. Doroshow
Jenner & Block, LLP
1099 New York Av., NW, Suite 900
Washington, DC 20001-4412
kdoroshow@jenner.com

W. Scott Sims
Sims Funk, PLC
3310 West End Ave., Suite 410
Nashville, TN 37203
sims@simsfunk.com