TUV@JÞÁÕÜŒÞVÒÖ
*Kevin H. Sharp*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAVON MARSHALL, et al., | ) | |
| | ) | Case No. 3:14-cv-01945 |
| Plaintiffs, | ) | |
| | ) | Judge Sharp |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| ESPN INC., et al. | ) | JURY DEMAND |
| | ) | CLASS ACTION |
| Defendants. | ) | |

---

**MOTION FOR ADMISSION PRO HAC VICE OF CAITLIN J. MORGAN
FOR DEFENDANT CONFERENCE USA**

---

The Defendant, Conference USA, by counsel, and pursuant to Rule 83.01(d) of the Local Rules of the United States District Court for the Middle District of Tennessee, now respectfully moves the Court to permit Caitlin J. Morgan of the firm Polsinelli, PC, to appear pro hac vice and participate in this action as counsel on behalf of Conference USA. Attorney Morgan's contact information is:

> Caitlin J. Morgan
> POLSINELLI, PC
> Saint Ann Court
> 2501 North Harwood Street, Suite 1900
> Dallas, Texas 75201
> (214) 661-5513 - Telephone
> cmorgan@polsinelli.com

A Certificate of Good Standing from the United States District Court for the Northern District of Texas where Attorney Morgan is admitted to practice is attached as Exhibit 1, in accordance with Local Rule 83.01(d).