IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAVON MARSHALL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ESPN INC., et al., <br><br> Defendants. | Civil Action No. 3:14-cv-1945 <br><br> Chief District Judge Kevin H. Sharp <br> Magistrate Judge John S. Bryant <br><br> CLASS ACTION JURY DEMAND |

ORDER GRANTING UNOPPOSED MOTION OF DEFENDANT JMI SPORTS, LLC FOR LEAVE FOR LEAD COUNSEL TO PARTICIPATE BY TELEPHONE IN HEARING ON DEFENDANTS' MOTIONS TO DISMISS

Pending before the Court is an Unopposed Motion of Defendant JMI Sports, LLC seeking permission for its lead counsel to participate by telephone in the hearing on April 13, 2015.

The Motion is GRANTED and lead counsel for Defendant JMI Sports, LLC, Attorney Lois P. Petrich may participate in the hearing scheduled for April 13, 2015 at 10:00 a.m. by telephone.

IT IS SO ORDERED.

ENTERED this <u>  10th  </u> day of April, 2015.

_Kevin H. Sharp_
U.S. DISTRICT JUDGE KEVIN H. SHARP
CHIEF DISTRICT JUDGE