IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JAVON MARSHALL, et al., | ) | |
| | ) | Case No. 3:14-cv-01945 |
| Plaintiffs, | ) | |
| | ) | Judge Sharp |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| ESPN INC., et al. | ) | JURY DEMAND |
| | ) | CLASS ACTION |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL AS COUNSEL

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Brett C. Randol hereby withdraws as counsel of record for The Big Twelve Conference, Inc. in the above-captioned action. The Big Twelve Conference, Inc. will continue to be represented in this matter by counsel from Polsinelli PC and Leitner, Williams, Dooley and Napolitan, PLLC who have entered their appearances.

Respectfully submitted,

LEITNER, WILLIAMS, DOOLEY
 & NAPOLITAN, PLLC

By: /s/ Reid D. Leitner
 **Reid D. Leitner**
 BPRN 16187
 **J. Gregory Grisham**
 BPRN 13810
 414 Union Street, Suite 1900
 Nashville, Tennessee 37219-1782 (615) 255-7722 Phone
 (615) 780-2210 Fax
 reid.leitner@leitnerfirm.com
 greg.grisham@leitnerfirm.com

POLSINELLI PC

**Leane K. Capps**
(Texas Bar No. 00796301)
**Caitlin J. Morgan**
(Texas Bar No. 24074757)
Saint Ann Court
2501 North Harwood Street, Suite 1900
Dallas, Texas 75201
(214) 661-5537 Phone
lcapps@polsinelli.com
cmorgan@polsinelli.com

Counsel for Defendant
The Big 12 Conference, Inc.

**CERTIFICATE OF SERVICE**

The undersigned hereby certified that a true and correct copy of the foregoing document has been forwarded by electronic means via the Court's electronic filing system to all counsel of record including: April 20, 2015.

*/s/ Reid D. Leitner*
Reid D. Leitner

**Counsel for Plaintiffs' Javon Marshall, Steven Clarke, Chris Conner, Patrick Miller, Byron Moore, Chaz Moore, Sean Parker, Eric Samuels, Marion Walls, Rod Wilks**

Stephen Zralek
John Branham
Bone, McAllester & Norton, PLLC
511 Union Street, Suite 1600
Nashville, Tennessee 37219
szralek@bonelaw.com
jbranham@bonelaw.com
Marshallcase@bonelaw.com

Patrick D. McMurtray
McMurtray Law Firm, PLLC
P. O. Box 80
Christiana, Tennessee 37037
patrick@mcmurtraylaw.com

Richard Manson, Esq.
Manson, Jones & Whitted
1319 Fifth Avenue, North
Nashville, Tennessee 37208
richardmanson@comcast.net

Ronald A. Stewart
Stewart, Johnson, Conner & Manson, LLP
215 2nd Avenue North, Suite 300
Nashville, Tennessee 37201
rstewart@stewartjohnsonlaw.com

**Counsel for Southeastern Conference**

Aubrey B. Harwell, Jr.
James F. Sanders
J. Isaac Sanders
Neal & Harwell, PLC

150 Fourth Avenue, North
2000 First Union Tower
Nashville, Tennessee 37219-2498
aharwell@nealharwell.com
jsanders@nealharwell.com
isanders@nealharwell.com

Robert W. Fuller
Mark W. Merritt
Robinson Bradshaw & Hinson, P.C.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
rfuller@rbh.com
mmerritt@rbh.com

**Counsel for ESPN, Inc.; ESPN d/b/a SEC Network; and ESPN d/b/a Longhorn Network**

Evan R. Chesler
Roger G. Brooks
Wes Earnhardt
Daniel Richards
Stefan H. Atkinson
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, New York 10019
echesler@cravath.com
rgbrooks@cravath.com
wearnhardt@cravath.com
drichards@cravath.com
satkinson@cravath.com

Nathan E. Siegel
Levine Sullivan Koch & Schultz, LLP
1899 L. Street, NW, Suite 200
Washington, DC 20036
nsiegel@lskslaw.com

Samuel D. Lipshie
Joel D. Eckert
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203-0025
slipshie@babc.com
jeckert@babc.com

**Counsel for ABC, Inc.**

Evan R. Chesler
Roger G. Brooks
Wes Earnhardt
Daniel Richards
Stefan H. Atkinson
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, New York 10019
echesler@cravath.com
rgbrooks@cravath.com
wearnhardt@cravath.com
drichards@cravath.com
satkinson@cravath.com

Nathan E. Siegel
Levine Sullivan Koch & Schultz, LLP
1899 L. Street, NW, Suite 200
Washington, DC 20036
nsiegel@lskslaw.com

Samuel D. Lipshie
Joel D. Eckert
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203-0025
slipshie@babc.com
jeckert@babc.com

**Counsel for CBS Broadcasting, Inc.**

James W. Quinn
Eric S. Hochstadt
Yehudah L. Buchweitz
Joseph Adamson
Jessie Mishkin
Weil, Gotschal & Manges, LLP
767 Fifth Avenue
New York, New York 10153-0119
james.quinn@weil.com
eric.hochstadt@weil.com
yehudah.buchweitz@weil.com
joseph.adamson@weil.com
jessie.mishkin@weil.com

| |
|---|
| R. Dale Grimes<br>Jeffrey P. Yarbro<br>Bass, Berry & Sims<br>150 Third Avenue South, Suite 2800<br>Nashville, Tennessee 37201<br>(615) 742-6200<br>dgrimes@bassberry.com<br>jyarbro@bassberry.com |
| **Counsel for NBCUniversal Media, LLC**<br><br>R. Dale Grimes<br>Jeffrey P. Yarbro<br>Bass, Berry & Sims<br>150 Third Avenue South, Suite 2800<br>Nashville, Tennessee 37201<br>(615) 742-6200<br>dgrimes@bassberry.com<br>jyarbro@bassberry.com<br><br>Arthur J. Burke<br>Edward Fu<br>Dana Seshens<br>James W. Hardin<br>Davis Polk & Wardwell LLP<br>450 Lexington Ave.<br>New York, NY 10017<br>arthur.burke@davispolk.com<br>edward.fu@davispolk.com<br>dana.seshens@davispolk.com<br>james.hardin@davispolk.com<br><br>Kelli L. Sager<br>Davis Wright Tremaine LLP<br>865 South Figueroa St., Ste. 2400<br>Los Angeles, CA 90017<br>kellisager@dwt.com |
| **Counsel for Fox Broadcasting Company**<br><br>Kevin T. Baine<br>Thomas G. Hentoff<br>Carl R. Metz<br>John E. Schmidtlein<br>Williams & Connolly<br>725 2th Street, NW |

Washington, DC 20005
kbaine@wc.com
thentoff@wc.com
cmertz@wc.com
jschmidtlein@wc.com

Hal D. Hardin
Hardin Law Office
211 Union Street, Suite 200
Nashville, Tennessee 37201
halhardin@aol.com

**Counsel for Big Ten Network, LLC**

Kevin T. Baine
Thomas G. Hentoff
Carl R. Metz
John E. Schmidtlein
Williams & Connolly
725 2th Street, NW
Washington, DC 20005
kbaine@wc.com
thentoff@wc.com
cmertz@wc.com
jschmidtlein@wc.com

Hal D. Hardin
Hardin Law Office
211 Union Street, Suite 200
Nashville, Tennessee 37201
halhardin@aol.com

**Counsel for Atlantic Coast Conference**

D. Erik Albright
Gregory G. Holland
Smith Moore Leatherwood LLP
300 N. Green St., Suite 1400
Greensboro, NC 27401
erik.albright@smithmoorelaw.com
greg.holland@smithmoorelaw.com

Jonathan P. Heyl
Smith Moore Leatherwood LLP
525 N. Tryon St., Suite 1400
Charlotte, NC 28202

jon.heyl@smithmoorelaw.com

David A. Fardon
Harwell, Howard, Hyne, Gabbert & Manner, P.C.
333 Commerce Street, Suite 1500
Nashville, Tennessee 37201
daf@h3gm.com

**Counsel for The Big Ten Conference, Inc.**

Andrew S. Rosenman
Britt Marie Miller
Mayer Brown, LLP
71 S. Wacker Dr.
Chicago, IL 60606
arosenman@mayerbrown.com
bmiller@mayerbrown.com

Richard J. Favretto
Mayer Brown, LLP
1999 K. Street, NW
Washington, DC 20006
rfavretto@mayerbrown.com

Jon Barrett
Barrett Law PC
301 N. Lake St., Ste. 7
Warsaw, IN 46580
jab@barrettlawpc.com

Jay Scott Bowen
William V. Parsons, III
Shackelford, Bowen, Zumwalt & Hayes, LLP
1014 16th Avenue South
Nashville, TN 37212
jbowen@shackelfordlaw.net
wparsons@shackelfordlaw.net

**Counsel for Conference USA**

Leane K. Capps
Caitlin J. Morgan
Polsinelli PC
2501 N. Harwood St., Suite 1900
Dallas, Texas 75201
lcapps@polsinelli.com

jmorgan@polsinelli.com

Brett C. Randol
Amy Fitts
Polsinelli PC
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
brandol@polsinelli.com
afitts@polsinelli.com

Reid D. Leitner
Leitner, Williams, Dooley, and Napolitan
414 Union St., Suite 1900
Nashville, TN 37219
reid.leitner@leitnerfirm.com

**Counsel for Pac-12**

Scott P. Cooper
Jennifer L. Jones
Jacquelyn Ferry
Proskauer Rose, LLP
2049 Century Park East, suite 3200
Los Angeles, CA 90067
scooper@proskauer.com
jljones@proskauer.com
jferry@proskauer.com

James N. Bowen
John R. Jacobson
Elizabeth Gonser
Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
jimbowen@rwjplc.com
jjacobson@rwjplc.com
egonser@rwjplc.com

**Counsel for Big East Conference, Inc.**

Scott P. Cooper
Jennifer L. Jones
Jacquelyn Ferry
Proskauer Rose, LLP

2049 Century Park East, suite 3200
Los Angeles, CA 90067
scooper@proskauer.com
jljones@proskauer.com
jferry@proskauer.com

James N. Bowen
John R. Jacobson
Elizabeth Gonser
Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
jimbowen@rwjplc.com
jjacobson@rwjplc.com
egonser@rwjplc.com

**Counsel for Ohio Valley Conference**

Margaret L. Behm
Tyler C. Yarbro
Dodson, Parker, Behm & Capparella, P.C.
1310 6th Avenue North
Nashville, Tennessee 37208
behm@dodsonparker.com
tyarbro@dodsonparker.com

**Counsel for Outfront Media Sports, Inc. (f/k/a CBS Collegiate Sports Properties, Inc.)**

Brian E. Robison
Robert Walters
Bradley Hubbard
Gibson, Dunn & Crutcher
2100 McKinney Ave,, Suite 1100
Dallas, Texas 75201
brobison@gibsondunn.com
bhubbard@gibsondunn.com
bwalters@gibsondunn.com

John S. Hicks
Baker, Donelson, Bearman, Caldwell & Perkowitz, PC
211 Commerce Street, Suite 800
Nashville, TN 37201
jhicks@bakerdonelson.com

Walker W. Jones, III
Samuel D. Gregory

| W. Scott Welch |
| --- |
| Baker, Donelson, Bearman, Caldwell & Berkowitz, PC |

W. Scott Welch
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, MC 39211
P.O. Box 14167
Jackson, MS 39236-4167
wjones@bakerdonelson.com
sdgregory@bakerdonelson.com
swelch@bakerdonelson.com

**Counsel for TeleSouth Communications, Inc.**

John S. Hicks
Baker, Donelson, Bearman, Caldwell & Perkowitz, PC
211 Commerce Street, Suite 800
Nashville, TN 37201
jhicks@bakerdonelson.com

Walker W. Jones, III
Samuel D. Gregory
W. Scott Welch
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, MC 39211
P.O. Box 14167
Jackson, MS 39236-4167
wjones@bakerdonelson.com
sdgregory@bakerdonelson.com
swelch@bakerdonelson.com

**Counsel for JMI Sports LLC**

Louis P. Petrich
Daniel M. Mayeda
Leopold, Petrich & Smith
2049 Century Park E – Suite 3110
Los Angeles, CA 90067
lpetrich@lpsla.com
dmayeda@lpsla.com

Amy Everhart
Maria Spear
Everhart Law Firm PLC
1400 Fifth Avenue North

Nashville, TN 37208
amy@everhartlawfirm.com
maria@everhartlawfirm.com

**Counsel for T3 Media, Inc.**

Robb S. Harvey
Todd Ryan Hambidge
Waller, Landsen, Dortch & Davis, LLP
Nashville City Center
511 Union St., Suite 2700
Nashville, TN 37219
robb.harvey@wallerlaw.com
todd.hambidge@wallerlaw.com

**Counsel for Learfield Sports LLC**

Thomas B. Walsh IV
M. Brett Johnson
Thomas M. Melsheimer
Grant Kojis Schmidt
Fish & Richardson
1717 Main St., Suite 5000
Dallas, TX 75201
walsh@fr.com
johnson@fr.com
melsheimer@fr.com
schmidt@fr.com

Gail Vaughn Ashworth
Wiseman Ashworth Law Group PLC
511 Union St., Suite 800
Nashville, TX 37219-1734
gail@wisemanashworth.com

**Counsel for IMG Worldwide, LLC; IMG College, LLC**

Andrew J. Thomas
Richard L. Stone
David R. Singer
Jenner & Block, LLP
633 West 5th St.
Los Angeles, CA 90071-2054
AJThomas@jenner.com
RLStone@jenner.com
DRSinger@jenner.com

Kenneth L. Doroshow
Jenner & Block, LLP
1099 New York Av., NW, Suite 900
Washington, DC 20001-4412
kdoroshow@jenner.com

W. Scott Sims
Sims Funk, PLC
3310 West End Ave., Suite 410
Nashville, TN 37203
sims@simsfunk.com

**Counsel for William Morris Endeavor Entertainment, LLC**

Andrew J. Thomas
Richard L. Stone
David R. Singer
Jenner & Block, LLP
633 West 5th St.
Los Angeles, CA 90071-2054
AJThomas@jenner.com
RLStone@jenner.com
DRSinger@jenner.com

Kenneth L. Doroshow
Jenner & Block, LLP
1099 New York Av., NW, Suite 900
Washington, DC 20001-4412
kdoroshow@jenner.com

W. Scott Sims
Sims Funk, PLC
3310 West End Ave., Suite 410
Nashville, TN 37203
sims@simsfunk.com