IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAVON MARSHALL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ESPN INC., et al.,<br><br>    Defendants. | Case No. 3:14-cv-01945<br><br>Chief District Judge Kevin H. Sharp<br>Magistrate Judge John S. Bryant<br><br>JURY DEMANDED<br>CLASS ACTION |

## NOTICE OF APPEARANCE

Please take notice that Bradford D. Box, with the law firm of Rainey, Kizer, Reviere & Bell, P.L.C., hereby enters an appearance as counsel of record for Defendant Ohio Valley Conference in this cause. Counsel hereby certifies that he is admitted to practice in this Court.

    Respectfully submitted,

By:   /s/ Bradford D. Box
      Bradford D. Box (BPR No. 16596)
      RAINEY, KIZER, REVIERE & BELL, P.L.C.
      209 East Main Street
      P.O. Box 1147
      Jackson, Tennessee 38302-1147
      (731) 423-2414—telephone
      (731) 426-8150—facsimile
      bbox@raineykizer.com
      *Attorney for Defendant Ohio Valley Conference*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing document has been forwarded by electronic means via the Court's electronic filing system to all counsel of record on this the 29th day of April, 2015.

            _/s/ Bradford D. Box_____