# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| **JAVON MARSHALL, et al.,** | **Case No. 3:14-cv-01945** |
| **Plaintiffs,** | **Chief District Judge Kevin H. Sharp** |
| **v.** | **Magistrate Judge John S. Bryant** |
| **ESPN INC., et al.,** | **JURY DEMANDED** |
| **Defendants.** | **CLASS ACTION** |

## NOTICE OF WITHDRAWAL AS COUNSEL
## FOR DEFENDANT OHIO VALLEY CONFERENCE

Please take notice that Margaret L. Behm and Tyler C. Yarbro, with the law firm of Dodson Parker Behm & Capparella, P.C., hereby withdraw as counsel of record for the Defendant Ohio Valley Conference in the above-captioned matter. The Defendant Ohio Valley Conference will continue to be represented in this matter by Bradford D. Box, with the law firm of Rainey, Kizer, Reviere & Bell, P.L.C., who has entered an appearance in this matter.

Respectfully submitted,

By:     /s/ Bradford D. Box
        Bradford D. Box (BPR No. 16596)
        RAINEY, KIZER, REVIERE & BELL, P.L.C.
        209 East Main Street
        P.O. Box 1147
        Jackson, Tennessee 38302-1147
        (731) 423-2414—telephone
        (731) 426-8150—facsimile
        bbox@raineykizer.com
        *Attorney for Defendant Ohio Valley Conference*

/s/ Margaret L. Behm
Margaret L. Behm (BPR No. 5123)
Tyler Chance Yarbro (BPR No. 23553)
Dodson Parker Behm & Capparella PC
1310 6th Avenue North
Nashville, Tennessee 37208
(615) 254-2291, telephone
(615) 726-2241, facsimile
behm@dodsonparker.com
tyarbro@dodsonparker.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been forwarded by electronic means via the Court's electronic filing system to all counsel of record on this the 29th day of April, 2015.

/s/ Bradford D. Box