| | |
|---|---|
| JAVON MARSHALL, STEVEN CLARKE, ) <br> CHRIS CONNER, PATRICK MILLER, ) <br> BYRON MOORE, CHAZ MOORE, ) <br> SEAN PARKER, ERIC SAMUELS, ) <br> MARLON WALLS, and ROD WILKS, ) <br> individually and on behalf of all others ) <br> similarly situated, ) <br>  ) <br>       Plaintiffs, ) <br>  ) <br>       v. ) <br>  ) <br> ESPN INC.; CBS BROADCASTING, INC., ) <br> NATIONAL BROADCASTING COMPANY ) <br> INC.; ABC, INC.; FOX, INC.; IMG COLLEGE, ) <br> LLC; ATLANTIC COAST CONFERENCE; ) <br> BIG TEN CONFERENCE; BIG 12 ) <br> CONFERENCE; PACIFIC-12 CONFERENCE; ) <br> SOUTHEASTERN CONFERENCE; ) <br> CONFERENCE USA; OHIO VALLEY ) <br> CONFERENCE; BIG EAST CONFERENCE; ) <br> IMG WORLDWIDE, INC.; IMG COLLEGE, ) <br> LLC; BIG TEN NETWORK SERVICES, LLC; ) <br> CBS COLLEGIATE SPORTS PROPERTIES, ) <br> INC.; JMI SPORTS LLC; TELESOUTH ) <br> COMMUNICATIONS, INC., T3 MEDIA, ) <br> INC.; ESPN INC. D/B/A SEC NETWORK; ) <br> SOUTHEASTERN CONFERENCE D/B/A SEC ) <br> NETWORK; ESPN INC. D/B/A LONGHORN ) <br> NETWORK; IMG COLLEGE, LLC D/B/A ) <br> LONGHORN NETWORK; LEARFIELD ) <br> SPORTS LLC; and WILLIAM MORRIS ) <br> ENDEAVORS, LLC, ) <br>  ) <br>       Defendants. ) | No. 3:14-01945 <br> Judge Sharp |

1

## **ORDER**

For the reasons set forth in the accompanying Memorandum, the Motions to Dismiss filed by the Conference Defendants (Docket No. 214), the Licensing Defendants (Docket No. 218), and the Network Defendants (Docket No. 220) are hereby GRANTED and this case is hereby DISMISSED WITH PREJUDICE. The Motions to Dismiss for Lack of Jurisdiction (Docket Nos. 226 & 231) are hereby DENIED AS MOOT.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE