UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAVON MARSHALL, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:14-v-1945 |
| ) | |
| ) | Judge Sharp |
| ESPN, INC., et al. ) | |
| ) | |

ENTRY OF JUDGMENT

Defendants.

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on June 4, 2015.

KEITH THROCKMORTON, CLERK

s/   Hannah B. Blaney