| | |
|---|---|
| JAVON MARSHALL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:14-01945 |
| ) | Judge Sharp |
| ESPN INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER CORRECTING SCRIVENER'S ERROR

In the Memorandum issued on June 4, 2015, (Docket No. 284), the first sentence of the second full paragraph on page 19 should read:

> The ability to profit from a right of publicity simply does not rise to the level of a fundamental right.

This Order serves to correct the scrivener's error which omitted the word "not".

It is SO ORDERED.

_Kevin H. Sharp_
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE