IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAVON MARSHALL, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ESPN INC., et al.,<br><br>        Defendants. | Civil Action No. 3:14-cv-1945<br><br>Chief District Judge Kevin H. Sharp<br><br>CLASS ACTION<br>JURY DEMAND |

## NOTICE OF APPEAL

Notice is hereby given that all Plaintiffs, by and through counsel, appeal to the United States Court of Appeals for the Sixth Circuit from the Order dismissing the case with prejudice (Doc. 285) and final judgment entered by this Court on June 4, 2015 (Doc. 286), as corrected in the Order entered June 8, 2015 (Doc. 287).

Respectfully submitted,

BONE McALLESTER NORTON PLLC

*/s/ Stephen J. Zralek*
Stephen J. Zralek, BPR #18971
John P. Branham, BPR #002552
Patricia J. Cottrell, BPR #004627
William J. Haynes III, BPR # 017398
511 Union Street, Suite 1600
Nashville, TN 37219
615-238-6300 telephone
szralek@bonelaw.com
jbranham@bonelaw.com
pcottrell@bonelaw.com
whaynes@bonelaw.com

{01249355.2 }
Case 3:14-cv-01945   Document 289   Filed 07/01/15   Page 1 of 7 PageID #: 2696

STEWART JOHNSON CONNER &
MANSON, LLP
Richard Manson, BPR #04351
Ronald A. Stewart, BPR # 23042
215 2nd Ave. North, Suite 300
Nashville, TN 37201

McMURTRAY LAW FIRM, PLLC
Patrick D. McMurtray, BPR #31597
P.O. Box 80
Christiana, TN 37037

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that I served a copy of the foregoing document on this 1st day of July, 2015, via ECF, on the following:

*Attorneys for Defendants ABC Inc. and ESPN Inc.; ESPN d/b/a SEC Network; ESPN d/b/a Longhorn Network*
Samuel D. Lipshie, Esq.
Joel D. Eckert, Esq.
Bradley Arant Boult Cummings, LLP
1600 Division Street, Suite 700
Nashville Tennessee  37203-0025


*Attorneys for ABC, Inc. and ESPN, Inc.*
Evan R. Chesler, Esq.
Roger G. Brooks, Esq.
J. Wesley Earnhardt, Esq.
Cravath Swain & Moore, LLP
Worldwide Plaza
825 Eighth Avenue
New York New York 10019

Nathan E. Siegel, Esq.
Levine Sullivan Koch & Schultz, LLP
1899 L Street NW
Suite 200
Washington DC 20036

*Attorneys for CBS Broadcasting, Inc.*
R. Dale Grimes, Esq.
Bass Berry & Sims PLC

150 Third Avenue
Suite 2800
Nashville Tennessee  37201

Jim Quinn, Esq.
Yehudah L. Buchweitz
Eric S. Hochstadt, Esq.
Weil Gotshal & Manges, LLP
767 Fifth Avenue
New York New York 10153

*Attorneys for NBCUniversal Media, LLC*
Kelli L. Sager, Esq.
Arthur J. Burke, Esq.
James W. Haldin, Esq.
Dana M. Seshens, Esq.
David Wright Tremaine LLP
865 South Figueroa Street
Suite 2400
Los Angeles California 90017

*Attorneys for Defendant Southeastern Conference (SEC)*
Aubrey B. Harwell, Jr., Esq.
James F. Sanders, Esq.
J. Isaac Sanders, Esq.
Neal & Harwell P.C.
150 Fourth Avenue North
Suite 2000
Nashville Tennessee  37219-2498

Robert W. Fuller, Esq.
Mark W. Merritt, Esq.
Robinson Bradshaw & Hinson, P.A.
101 North Tryon Street
Suite 1900
Charlotte North Carolina 28246

*Attorneys for FOX Broadcasting Company, Inc. and Big Ten Network, LLC*
Hal D. Hardin, Esq.
Hardin Law Office
211 Union Street
Suite 200
Nashville Tennessee  37201

Kevin T. Baine, Esq.
Thomas G. Hentoff, Esq.
Carl R. Metz, Esq.
John E. Schmidtlein
Williams & Connolly LLP
725 Twelfth Street N.W.
Washington DC 20005


*Attorneys for Big Ten Conference (Big Ten)*
Jay S. Bowen, Esq.
William V. Parsons III, Esq.
Shackleford Bowen Zumwalt & Hayes, LLP
1014 16th Ave. South
Nashville, Tennessee  37212

Andrew Rosenman, Esq.
Britt Marie Miller, Esq.
Mayer Brown
71 S. Wacker Drive
Chicago Illinois  60606

Richard J. Favretto, Esq.
Mayer Brown, LLP
1999 K Street N.W.
Washington DC  20006

*Attorneys for Ohio Valley Conference (OVC)*
Bradford D. Box, Esq.
Rainey Kizer Reviere & Bell PLC
209 East Main Street
Jackson, TN 38302

*Attorneys for Atlantic Coast Conference (ACC)*
D. Alexander Fardon, Esq.
Harwell Howard Hyne Gabbert & Manner PC
333 Commerce Street
Suite 1500
Nashville, Tennessee  37201

Jonathan P. Heyl, Esq.
Smith Moore Leatherwood LLP
525 North Tryon Street
Suite 1400
Charlotte, North Carolina 28202

Gregory G. Holland, Esq.
D. Erik Albright, Esq.
Smith Moore Leatherwood LLP
300 N. Greene Street
Suite 1400
Greensboro, North Carolina 27401


*Attorneys for Pac-12 Conference and Big East Conference, Inc.*
John R. Jacobson, Esq.
James N. Bowen, Esq.
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee  37203

Scott P. Cooper, Esq.
Jennifer L. Jones, Esq.
Sarah Kroll-Rosenbaum
Proskauer Rose LLP
2049 Century Park East
Suite 3200
Los Angeles, California  90067

*Attorneys for The Big 12 Conference, Inc. and Conference USA*
Reid D. Leitner, Esq.
J. Gregory Grisham, Esq.
Leitner Williams Dooley & Napolitan, PLLC
414 Union Street
Suite 1900
Nashville Tennessee  37219

Leane K. Capps, Esq.
Polsinelli PC
Saint Ann Court
2501 North Harwood Street
Suite 1900
Dallas Texas  75201

Amy D. Fitts, Esq.
Brett C. Randol, Esq.
Polsinelli PC
900 W. 48th Place
Suite 900
Kansas City Missouri  64112

*Attorneys for CBS Collegiate Sports Properties, Inc.*
Brian E. Robinson, Esq.

Robert C. Walters, Esq.
Bradley G. Hubbard, Esq.
Gibson, Dunn & Crutcher, LLP
2100 McKinney Avenue
Suite 1100
Dallas, Texas 75201

*Attorneys for JMI Sports LLC*
Amy J. Everhart, Esq.
Maria A. Spear, Esq.
Everhart Law Firm PLC
1400 Fifth Avenue North
Nashville Tennessee  37208

Louis P. Petrich, Esq.
Daniel Mayeda, Esq.
Leopold, Petrich & Smith PC
Suite 3100
2049 Century Park East
Los Angeles, California 90067

*Attorneys for TeleSouth Communications, Inc.*
John S. Hicks, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
211 Commerce Street
Suite 800
Nashville, Tennessee  37201

Walker W. Jones III, Esq.
Samuel D. Gregory, Esq.
W. Scott Welch, Esq.
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi  39211


*Attorneys for William Morris Endeavors, LLC; IMG Worldwide, Inc. and IMG College*
W. Scott Sims, Esq.
Sims Funk, PLC
3310 West End Avenue #410
Nashville, Tennessee  37203

David R. Singer, Esq.
Richard L. Stone, Esq.
Andrew J. Thomas, Esq.
Jenner & Block, LLP

{01249355.2 }
Case 3:14-cv-01945   Document 289   Filed 07/01/15   Page 6 of 7 PageID #: 2701

633 West 5th Street
Suite 3600
Los Angeles California 90071

Kenneth L. Doroshow, Esq.
Jenner & Block, LLP
1099 New York Avenue N.W.
Suite 900
Washington D.C. 20001


*Attorneys for Learfield Sports, LLC*
Thomas B. Walsh IV, Esq.
M. Brett Johnson, Esq.
Thomas M. Melsheimer, Esq.
Grant Kojis Schmidt, Esq.
Fish & Richardson PC
1717 Main Street
Suite 5000
Dallas Texas 75201

Gail Vaughn Ashworth, Esq.
Wiseman Ashworth Law Group PLC
511 Union Street
Suite 800
Nashville Tennessee  38219


*Attorneys for T3 Media, Inc.*
Robb S. Harvey, Esq.
Todd R. Hambidge, Esq.
Waller Lansden Dortch & Davis, LLP
Nashville City Center
Suite 2700
511 Union Street
Nashville Tennessee  37219


                                            */s/ Stephen J. Zralek*